1 | David S. Wilson, III (Bar No. 174185)
2 | Christopher J. Yost (Bar No. 150785)
  | **FEDERAL EXPRESS CORPORATION**
3 | 2601 Main Street, Suite 340
4 | Irvine, CA 92614
  | TEL: (949) 862-4656
5 | FAX: (949) 862-4605
6 | dswilson@fedex.com

**FILED**

2008 MAY 28   A 10: 45

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

**Attorneys for Defendant**
**FEDERAL EXPRESS CORPORATION**

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR BARRERA,<br><br>          Plaintiff,<br><br>     v.<br><br>FEDERAL EXPRESS CORPORATION; ANGELA SUAZO, and Does 1-20,<br><br>          Defendants. | CASE NO.<br><br>**C08 02668** RS<br><br>**DEFENDANT'S NOTICE AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>[CIVIL L.R. 3-16]<br><br>Complaint Filed: April 14, 2008 |

Pursuant to Civil L. R. 3-16, the undersigned, counsel of record for Defendant Federal Express Corporation, certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (1) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1

a. FedEx Corporation – The publicly traded parent corporation of Federal Express Corporation.

These representations are made to enable the Court to evaluate possible disqualification or recusal.

DATED: May 27, 2008          By: _____
DAVID S. WILSON, III, ESQ.
CHRISTOPHER J. YOST, ESQ.
**FEDERAL EXPRESS CORPORATION**
Attorneys for Defendants

732023

DEFENDANTS' NOTICE OF INTERESTED ENTITIES OR PERSONS

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Federal Express Corporation, 2601 Main Street, Suite 340, Irvine, California 92614.

On May 28, 2008, I served the within document(s):

**DEFENDANT'S NOTICE AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS [Civil L. R. 3-16]**

- ☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below.
- ☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States Mail at Irvine, California addressed as set forth below.
- ☐ by arranging with O.C. Corporate Courier, Inc. Attorney Service to personally deliver the document(s) listed above to the person(s) at the address(es) set forth below.
- ☒ by placing the document(s) listed above in a sealed envelope with delivery fees provided for, addressed as follows for collection by Federal Express for overnight delivery at Federal Express Corporation, 2601 Main Street, Suite 340, Irvine, California 92614, in accordance with Federal Express Corporation's ordinary business practices.

**Edward L. Niland, Esq.**
**NILAND & NILAND**
**233 Oak Meadow Drive**
**Los Gatos, CA 95032**
**Telephone (408) 395-3100**
**Facsimile (408) 395-3120**

**Attorneys for Plaintiff**

- ☐ *(State)* I declare under penalty of perjury under the laws of the State of California that the above is true and correct.
- ☒ *(Federal)* I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 28, 2008, at Irvine, California.

_JULIA STUMPF_

DEFENDANT'S NOTICE OF INTERESTED ENTITIES OR PERSONS