| | |
|---|---|
| David S. Wilson, III (Bar No. 174185)<br>Christopher J. Yost (Bar No. 150785)<br>**FEDERAL EXPRESS CORPORATION**<br>2601 Main Street, Suite 340<br>Irvine, CA 92614<br>TEL: (949) 862-4656<br>FAX: (949) 862-4605<br>dswilson@fedex.com | **FILED**<br>2008 MAY 28  A 10: 45<br>RICHARD W. WIEKING<br>CLERK<br>U.S. DISTRICT COURT<br>NO. DIST. OF CA. S.J. |

**Attorneys for Defendant**
**FEDERAL EXPRESS CORPORATION**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR BARRERA,<br><br>  Plaintiff,<br><br>v.<br><br>FEDERAL EXPRESS CORPORATION; ANGELA SUAZO, and Does 1-20,<br><br>  Defendants. | CASE NO.<br>**C08  02668**  RS<br><br>**DEFENDANT'S NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS**<br><br>[CIVIL L.R. 3-13<br><br>Complaint Filed: April 14, 2008 |

1

DEFENDANT'S NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS

1  Pursuant to Northern District of California Civil Local Rule 3-13, Federal
2  Express Corporation states that, to its knowledge, no action is currently pending
3  in the Northern District of California, or any other federal or state court,
4  involving all or a material part of the subject matter of this instant action.

5

6

7  DATED: May 27, 2008        By: /s/
                                  DAVID S. WILSON, III, ESQ.
                                  CHRISTOPHER J. YOST, ESQ.
8                                 **FEDERAL EXPRESS CORPORATION**
                                  Attorneys for Defendant
9

10  732024
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

DEFENDANT'S NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Federal Express Corporation, 2601 Main Street, Suite 340, Irvine, California 92614.

On May 28, 2008, I served the within document(s):

**DEFENDANT'S NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS**

- ☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below.
- ☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States Mail at Irvine, California addressed as set forth below.
- ☐ by arranging with O.C. Corporate Courier, Inc. Attorney Service to personally deliver the document(s) listed above to the person(s) at the address(es) set forth below.
- ☒ by placing the document(s) listed above in a sealed envelope with delivery fees provided for, addressed as follows for collection by Federal Express for overnight delivery at Federal Express Corporation, 2601 Main Street, Suite 340, Irvine, California 92614, in accordance with Federal Express Corporation's ordinary business practices.

Edward L. Niland, Esq.
NILAND & NILAND
233 Oak Meadow Drive
Los Gatos, CA 95032
Telephone (408) 395-3100
Facsimile (408) 395-3120

**Attorneys for Plaintiff**

- ☐ *(State)* I declare under penalty of perjury under the laws of the State of California that the above is true and correct.
- ☒ *(Federal)* I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 28, 2008, at Irvine, California.

*/s/ JULIA STUMPF*

DEFENDANT'S NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS