David S. Wilson, III (Bar No. 174185)
Christopher J. Yost (Bar No. 150785)
**FEDERAL EXPRESS CORPORATION**
2601 Main Street, Suite 340
Irvine, CA 92614
TEL: (949) 862-4656
FAX: (949) 862-4605
dswilson@fedex.com

**Attorneys for Defendant**
**FEDERAL EXPRESS CORPORATION**

FILED

2008 MAY 28  A 10: 45

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR BARRERA,<br><br>       Plaintiff,<br><br>v.<br><br>FEDERAL EXPRESS CORPORATION; ANGELA SUAZO, and Does 1-20,<br><br>       Defendants. | CASE NO.<br><br>**C08 02668 RS**<br><br>**DECLARATION OF ART MENDOZA IN SUPPORT OF DEFENDANT FEDERAL EXPRESS CORPORATION'S NOTICE OF REMOVAL**<br><br>(DIVERSITY JURISDICTION 28 U.S.C. § 1441(b))<br><br>Complaint Filed: April 14, 2008 |

## DECLARATION OF ART MENDOZA

I, Art Mendoza, do hereby state as follows:

1. I am over the age of twenty-one and am employed by Federal Express Corporation d/b/a FedEx Express as a senior paralegal. I am a custodian of records for FedEx Express.

---
1
MENDOZA'S DECLARATION IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL

2. As such, I am familiar with the fact that Federal Express Corporation's parent company, FedEx Corporation, is a publicly held company with shares traded on the New York Stock Exchange. I am also familiar with the employee earnings and salary records compiled and maintained by FedEx Express during the regular course of business.

3. I have reviewed those records that pertain to Hector Barrera, who I believe is a named Plaintiff herein, and have determined that in 2005, the last full year he reported to work for FedEx Express, he had reported earnings of $54,779.82. A copy of said earnings records is attached hereto as Exhibit A.

4. Mr. Barrera was also eligible for paid vacation, medical benefits, and life and disability insurance.

I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and accurate to the best of my knowledge, information and belief.

Executed this 27 day of May, 2008 at Irvine, California.

_____
ART MENDOZA

Case 5:08-cv-02668-JF   Document 4-2   Filed 05/28/2008   Page 1 of 4

EXHIBIT "A"

```
NEXT SCREEN:           F E D E X    E X P R E S S
                     *  *  *  P A Y R O L L  *  *  *              PRP949
                 E M P L O Y E E   E A R N I N G S   H I S T O R Y    05/21/08
                           3RD PREVIOUS YEAR SUMMARY                  12:27:02

   EMPLOYEE NUMBER: 126766      EMPLOYEE NAME: BARRERA, HECTOR     E.
   EARNINGS YEAR(YY): 05        CURRENT ORGANIZATION CODE: 1013220109
                                CURRENT COMAT LOCATION: 95050-0001

         HOURS                    EARNINGS                    TAXES
    REGULAR:  1568.78       REGULAR:    37051.38        FEDERAL:    8795.85
    O-TIME:    283.39       O-TIME:     10139.44        F.I.C.A:    4163.12
    OTHER:     314.83       OTHER:       7589.00        STATE:      2043.45
                            TOTAL:      54779.82        LOCAL:          .00
                                                        DISAB:       587.03

     TOTAL VOLUNTARY DEDUCTIONS:   10908.02      NET PAY:    28217.55

ANNUAL PURGE WILL DELETE THIS EARNINGS YEAR

ENTER:    HELP=CODES/INSTRUCTIONS    RETURN=PREVIOUS MENU    BYE=LOGOFF

INQUIRY SUCCESSFULLY COMPLETED.
```

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Federal Express Corporation, 2601 Main Street, Suite 340, Irvine, California 92614.

On May   , 2008, I served the within document(s):

**DECLARATION OF ART MENDOZA IN SUPPORT OF DEFENDANT FEDERAL EXPRESS CORPORATION'S NOTICE OF REMOVAL**

- ☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below.
- ☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States Mail at Irvine, California addressed as set forth below.
- ☐ by arranging with O.C. Corporate Courier, Inc. Attorney Service to personally deliver the document(s) listed above to the person(s) at the address(es) set forth below.
- ☒ by placing the document(s) listed above in a sealed envelope with delivery fees provided for, addressed as follows for collection by Federal Express for overnight delivery at Federal Express Corporation, 2601 Main Street, Suite 340, Irvine, California 92614, in accordance with Federal Express Corporation's ordinary business practices.

> Edward L. Niland, Esq.
> NILAND & NILAND
> 233 Oak Meadow Drive
> Los Gatos, CA 95032
> Telephone (408) 395-3100
> Facsimile (408) 395-3120
>
> **Attorneys for Plaintiff**

- ☒ *(State)* I declare under penalty of perjury under the laws of the State of California that the above is true and correct.
- ☒ *(Federal)* I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May   , 2008, at Irvine, California.

---
JULIA STUMPF

732882

MENDOZA'S DECLARATION IN SUPPORT OF DEFEDANT'S NOTICE OF REMOVAL

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Federal Express Corporation, 2601 Main Street, Suite 340, Irvine, California 92614.

On May 28, 2008, I served the within document(s):

**DECLARATION OF ART MENDOZA IN SUPPORT OF DEFENDANT FEDERAL EXPRESS CORPORATION'S NOTICE OF REMOVAL**

- ☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below.
- ☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States Mail at Irvine, California addressed as set forth below.
- ☐ by arranging with O.C. Corporate Courier, Inc. Attorney Service to personally deliver the document(s) listed above to the person(s) at the address(es) set forth below.
- ☒ by placing the document(s) listed above in a sealed envelope with delivery fees provided for, addressed as follows for collection by Federal Express for overnight delivery at Federal Express Corporation, 2601 Main Street, Suite 340, Irvine, California 92614, in accordance with Federal Express Corporation's ordinary business practices.

**Edward L. Niland, Esq.**
**NILAND & NILAND**
**233 Oak Meadow Drive**
**Los Gatos, CA 95032**
**Telephone (408) 395-3100**
**Facsimile (408) 395-3120**

**Attorneys for Plaintiff**

- ☐ *(State)* I declare under penalty of perjury under the laws of the State of California that the above is true and correct.
- ☒ *(Federal)* I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 28, 2008, at Irvine, California.

_____
JULIA STUMPF

732882

3

MENDOZA'S DECLARATION IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL