1 David S. Wilson, III (Bar No. 174185)
2 Christopher J. Yost (Bar No. 150785)
**FEDERAL EXPRESS CORPORATION**
3 2601 Main Street, Suite 340
4 Irvine, CA 92614
TEL: (949) 862-4656
5 FAX: (949) 862-4605
6 dswilson@fedex.com

7
**Attorneys for Defendant**
8 **FEDERAL EXPRESS CORPORATION**

9

10 **UNITED STATES DISTRICT COURT**

11 **NORTHERN DISTRICT OF CALIFORNIA**

12

13 HECTOR BARRERA,                          CASE NO.

14                          Plaintiff,      **C 08    02668    RS**

15         v.

16 FEDERAL EXPRESS                          **DECLARATION OF DAVID S.**
   CORPORATION; ANGELA                      **WILSON, III, IN SUPPORT OF**
17 SUAZO, and Does 1-20,                    **DEFENDANT'S NOTICE OF**
                                            **REMOVAL OF ACTION FROM**
18                          Defendants.     **STATE COURT TO U.S. DISTRICT**
                                            **COURT, NORTHERN DISTRICT OF**
19                                          **CALIFORNIA**

20

21                                          Complaint Filed: April 14, 2008

22

23 I, DAVID S. WILSON, III, declare:

24         1.      I am one of the attorneys of record for Defendant Federal Express

25 Corporation (hereafter referred to as "FedEx"), and am admitted to practice in

26 the State of California.  I was hired by FedEx as a senior attorney on May 27,

27 2003, and became a senior counsel in April 2006, a position I still hold today.

28 I am over the age of 21 and am qualified to make this declaration.  I have

FILED
2008 MAY 28  A 10: 45
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA., S.J.

1

1    never been convicted of a felony or subjected to disciplinary action before any

2    state bar. I have personal knowledge of the facts contained herein.

3         2.    FedEx was at the time of filing of the state court action, and

4    remains, incorporated in the State of Delaware. As set forth in the attached

5    declarations, FedEx's principal place of business is in the State of Tennessee,

6    which employs more people, transports more packages by air, and is the

7    location of more FedEx owned and leased real estate than California or

8    elsewhere, and which houses FedEx's World Headquarters and principal

9    corporate officers serving the United States markets. The substantial

10   predominance of FedEx's corporate business activities occur in Tennessee,

11   such as major corporate decisions, production activities, purchasing and sales.

12   FedEx has no principal business office located in the State of California. (*See*

13   Declarations of Amanda R. Adams, Allen W. Burgess, Donald C. Colvin,

14   David F. Leech, Richard S. McConnell, Robert T. Molinet, Lady J. Smith-

15   Swift, Flynn Wallace, and Kathryn R. Young, attached hereto as Exhibits A-I).

16        3.    Federal   Express   Corporation's   parent   company,   FedEx

17   Corporation, is a publicly held company with shares traded on the New York

18   Stock Exchange.

19        4.    Attached hereto as Exhibit "J" is a true and correct copy of a jury

20   verdict survey for the period of 1981 through 2001 that I received.

21

22        I hereby declare under penalty of perjury that the foregoing statements

23   are true and correct.

24   Executed this 27th day of May, 2008, at Irvine, California.

25

26

27   732005                                      DAVID S. WILSON, III

28

DECLARATION OF DAVID S. WILSON, III IN SUPPORT OF DEFENDANT'S REMOVAL

EXHIBIT "A"

1   KEITH A. JACOBY, Bar No. 150233
    JANINE C. SUN, Bar No. 210973
2   LITTLER MENDELSON
    A Professional Corporation
3   2049 Century Park East
    5th Floor
4   Los Angeles, CA  90067.3107
    Telephone:  310.553.0308
5   Fax No.:     310.553.5583
    E-mail:  kjacoby@littler.com; jsun@littler.com
6
    RICHARD MCCONNELL (pro hac vice)
7   SANDRA C. ISOM, Bar No. 157374
    FEDERAL EXPRESS CORPORATION
8   3620 Hacks Cross Road
    Building "B", Third Floor
9   Memphis, Tennessee 38125
    Telephone:    901.434-8375
10  Fax No.:      901.434-9279

11  Attorneys for Defendant
    FEDERAL EXPRESS CORPORATION
12

13              UNITED STATES DISTRICT COURT

14             CENTRAL DISTRICT OF CALIFORNIA

15  ARA KARAMIAN, an individual,          Case No. CV 06-4345-DSF(PJWx)
    on behalf of himself and all other
16  similarly situated,                   ASSIGNED FOR ALL PURPOSES TO
                                          JUDGE DALE S. FISCHER
17              Plaintiffs,
                                          DECLARATION OF AMANDA
18       v.                               ADAMS IN SUPPORT OF
                                          DEFENDANT FEDERAL EXPRESS
19  FEDERAL EXPRESS                       CORPORATION'S RESPONSE TO
    CORPORATION, ROBERT                   ORDER TO SHOW CAUSE
20  SEYMOUR, and Does 1 through 50,
    inclusive,                            Complaint Filed:  May 31, 2006
21              Defendants.

22

23

24       RECEIVED                         CASE NAME Karamian
                                          ATTORNEY
25                                        PARALEGAL

26                                        EXHIBIT  A
27                                        PAGE  3

1
2      I, Amanda R. Adams, declare as follows:

3          1.    I am over the age of twenty-one.  I am knowledgeable of the facts
4
5   contained herein and am qualified to make this declaration.

6          2.    I am currently employed by Federal Express Corporation in Memphis,
7
    Tennessee.  I began my employment with Federal Express in October, 1993.  I
8
9   currently hold the position of Business Systems Analyst within the Express Business
10
    Systems Management Information Systems organization and routinely access Human
11
    Resources data reporting for Federal Express as part of my responsibilities.
12
13
14         3.  Federal Express Corporation records available to me reflect that as of

15  May 31, 2006, FedEx Express employed 110,726 hourly and salaried employees.  The
16
    numbers for California and Tennessee are:
17
18         California:  Hourly     12,517
                        Salaried    1,240
19                      Total      13,757
20
           Tennessee:  Hourly     15, 533
21                      Salaried    8,868
                        Total      24,401
22
23
24         I declare under penalty of perjury under the laws of the United States of
25  America that the foregoing is true and correct.  Executed this 19th day of October,
26  ///
27
28  ///

EXHIBIT  A
PAGE  4

1

2    2006 at Memphis, Tennessee.

3

4        Dated:  October 19, 2006

5

6                                AMANDA R. ADAMS

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Declaration of Amanda R. Adams          3.

EXHIBIT  A
PAGE  5

1

2

3

4

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 2049 Century Park East, 5th Floor, Los Angeles, California 90067.3107. On October 23, 2006, I served the within document(s):

5

6

**DECLARATION OF AMANDA ADAMS IN SUPPORT OF DEFENDANT FEDERAL EXPRESS CORPORATION'S RESPONSE TO ORDER TO SHOW CAUSE**

7

8

9

10

[X]    by placing a true copy of the document(s) listed above for collection and mailing following the firm's ordinary business practice in a sealed envelope with postage thereon fully prepaid for deposit in the United States mail at Los Angeles, California addressed as set forth below.

11

12

13

14

Andre E. Jardini, Esq.
Knapp, Petersen & Clarke
500 North Brand Boulevard
20th Floor
Glendale, CA 91203

W. Joseph Strapp
Strapp & Strapp
11355 W. Olympic Blvd., #400
Los Angeles, CA 90064

15

16

17

18

Michael S. Duberchin, Esq.
Law Offices of Michael S.
Duberchin
4768 Park Granada, Suite 212
Calabasas, CA 91302

Glen Robert Bregman, Esq.
Law Offices of Glen Robert Bregman
16633 Ventura Boulevard
Suite 1200
Encino, CA 91436

19

20

21

22

23

I am readily familiar with the firm's practice of collection and processing correspondence for mailing and for shipping via overnight delivery service. Under that practice it would be deposited with the U.S. Postal Service or if an overnight delivery service shipment, deposited in an overnight delivery service pick-up box or office on the same day with postage or fees thereon fully prepaid in the ordinary course of business.

24

25

26

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on October 23, 2006, at Los Angeles, California.

EXHIBIT  A

PAGE  6

27

EXHIBIT "B"

FILED

1  KEITH A JACOBY, Bar No. 150233
2  JANINE C. SUN, Bar No. 210973           2006 OCT 23  PM 3: 03
3  LITTLER MENDELSON
   A Professional Corporation              CLERK, U.S. DISTRICT COURT
4  2049 Century Park East, 5th Floor       CENTRAL DIST. OF CALIF.
                                           LOS ANGELES
   Los Angeles, CA 90067-3107
5  Telephone:    310/553-0308              BY _____
6  Fax No.:      310/553-5583

7  RICHARD MCCONNELL (*Pro Hac Vice*)
8  SANDRA C. ISOM, Bar No. 157374          RECEIVED
   FEDERAL EXPRESS CORPORATION
9  3620 Hacks Cross Road
10 Building "B"- Third Floor
   Memphis, Tennessee 38125                RICHARD C. MCCONNELL
11 Telephone:    901/434-8375                  SR. COUNSEL
12 Fax No.:      901/434-9279                  LITIGATION
   E-mail: richard.mcconnell@fedex.com;
13 scisom@fedex.com
14
   Attorneys for Defendant
15 FEDERAL EXPRESS CORPORATION

16               UNITED STATES DISTRICT COURT

17          FOR THE CENTRAL DISTRICT OF CALIFORNIA

18

19 ARA KARAMIAN, an                │ Case No.  CV06-4345 DSF PJW
20 individual, on behalf of himself │
   and all others similarly situated, │
21                                  │
22              Plaintiffs,          │ DECLARATION OF ALLEN W.
                                     │ BURGESS IN SUPPORT OF
        v.                           │ DEFENDANT FEDERAL EXPRESS
23                                   │ CORPORATION'S RESPONSE TO
24 FEDERAL EXPRESS                   │ ORDER TO SHOW CAUSE
   CORPORATION, ROBERT              │
25 SEYMOUR, and DOES 1               │ Complaint filed: May 31, 2006
26 through 50, inclusive,            │
27              Defendants.          │
28

Declaration of Allen W. Burgess

CASE NAME Karamian
ATTORNEY _____
PARALEGAL _____

EXHIBIT B
PAGE 7

I, ALLEN W. BURGESS, declare as follows:

1.      I am over the age of twenty-one.  I am knowledgeable of the facts contained herein and am qualified to make this declaration.

2.      I began my employment with Federal Express in 1997.  I am currently serving as Manager, AOD Strategic Sourcing of Federal Express Corporation, d/b/a FedEx Express, Memphis, Tennessee, and I make this declaration in support of Defendant Federal Express Corporation's Response to Order to Show Cause Regarding Remand.  All of the information set forth herein is based on my personal and first hand knowledge except where otherwise indicated, and if called and sworn as a witness, I could and would competently testify thereto.

3.      Corporate records available to me reflect the following:  FedEx Express makes in excess of $8 billion in purchases annually.  At a high level, the approximate amounts are  $4.4 billion for services, $1.4 billion for capital spending and $2.2 billion for materials.  The vast majority of the purchase orders, in excess of ninety (90%) percent, originate and are settled in Memphis, Tennessee.  While the remaining ten (10%) percent might not originate in Memphis, the vast majority of that ten (10%) is settled in Memphis, Tennessee.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 20 th day of October, 2006 at Memphis, Tennessee.

Declaration of Allen W. Burgess          2.          Doc #619616

EXHIBIT B
PAGE 8

1
2
3      Dated: October 20, 2006
4
                                              _____
5                                             ALLEN W. BURGESS
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Declaration of Allen W. Burgess        3.      Doc #619616

EXHIBIT  B
PAGE  9

1

### PROOF OF SERVICE

2

I am a resident of the State of California, over the age of eighteen years,

3   and not a party to the within action. My business address is 2049 Century Park East,

4   5th Floor, Los Angeles, California 90067.3107. On October 23, 2006, I served the
within document(s):

5

**DECLARATION OF ALLEN W. BURGESS IN SUPPORT OF**

6   **DEFENDANT FEDERAL EXPRESS CORPORATION'S RESPONSE TO
ORDER TO SHOW CAUSE**

7

☒       by placing a true copy of the document(s) listed above for collection

8           and mailing following the firm's ordinary business practice in a sealed

9           envelope with postage thereon fully prepaid for deposit in the United
            States mail at Los Angeles, California addressed as set forth below.

10

11      Andre E. Jardini, Esq.              W. Joseph Strapp

12      Knapp, Petersen & Clarke            Strapp & Strapp
        500 North Brand Boulevard           11355 W. Olympic Blvd., #400

13      20th Floor                          Los Angeles, CA 90064
        Glendale, CA 91203

14

15      Michael S. Duberchin, Esq.          Glen Robert Bregman, Esq.

16      Law Offices of Michael S.           Law Offices of Glen Robert Bregman
        Duberchin                           16633 Ventura Boulevard

17      4768 Park Granada, Suite 212        Suite 1200

18      Calabasas, CA 91302                 Encino, CA 91436

19

I am readily familiar with the firm's practice of collection and processing

20  correspondence for mailing and for shipping via overnight delivery service. Under

21  that practice it would be deposited with the U.S. Postal Service or if an overnight
    delivery service shipment, deposited in an overnight delivery service pick-up box or

22  office on the same day with postage or fees thereon fully prepaid in the ordinary
    course of business.

23

24          I declare that I am employed in the office of a member of the bar of this

25  court at whose direction the service was made. Executed on October 23, 2006, at Los
    Angeles, California.

26

27

28

                                            Julie Contreras

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

EXHIBIT _B_

PAGE _10_

EXHIBIT "C"

FILED

2005 OCT 23  PM 3: 04

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY____ ____ _____

1  KEITH A JACOBY, Bar No. 150233
2  JANINE C. SUN, Bar No. 210973
   LITTLER MENDELSON
3  A Professional Corporation
4  2049 Century Park East, 5th Floor
   Los Angeles, CA  90067-3107
5  Telephone:    310/553-0308
6  Fax No.:      310/553-5583

7  RICHARD MCCONNELL (*Pro Hac Vice*)
8  SANDRA C. ISOM, Bar No. 157374
   FEDERAL EXPRESS CORPORATION
9  3620 Hacks Cross Road
10 Building "B"- Third Floor
   Memphis, Tennessee 38125
11 Telephone:    901/434-8375
12 Fax No.:      901/434-9279
   E-mail:  richard.mcconnell@fedex.com;
13 scisom@fedex.com

14
   Attorneys for Defendant
15 FEDERAL EXPRESS CORPORATION

RECEIVED

RICHARD S. McCONNELL
SR. COUNSEL
LITIGATION

16
                 UNITED STATES DISTRICT COURT
17
            FOR THE CENTRAL DISTRICT OF CALIFORNIA
18

| 19 ARA KARAMIAN, an individual, on behalf of himself and all others similarly situated, | Case No.  CV06-4345 DSF PJW |
|---|---|
| Plaintiffs, v. | DECLARATION OF DONALD C. COLVIN IN SUPPORT OF DEFENDANT FEDERAL EXPRESS CORPORATION'S RESPONSE TO ORDER TO SHOW CAUSE |
| FEDERAL EXPRESS CORPORATION, ROBERT SEYMOUR, and DOES 1 through 50, inclusive, | Complaint filed:  May 31, 2006 |
| Defendants. | |

Declaration of Donald C. Colvin

CASE NAME Karamian
ATTORNEY_____
PARALEG, L_____

EXHIBIT  C
PAGE  11

I, DONALD C. COLVIN, declare as follows:

1. I am over the age of twenty-one (21).

2. I began my employment with Federal Express in 1982. I am currently employed by FedEx Express at the Corporate Headquarters of Federal Express Corporation in Memphis, Tennessee. I hold the position of Managing Director of Properties in Project Management.

3. I am knowledgeable of the facts contained herein and am qualified to make this declaration. I make this declaration in support of Defendant Federal Express Corporation's Response to Order to Show Cause Regarding Remand. All of the information set forth herein is based on my personal and first hand knowledge except where otherwise indicated, and if called and sworn as a witness, I could and would competently testify thereto.

4. Records available to me in the normal course of my work reflect that in the Memphis area FedEx Express currently has approximately 210 locations totaling approximately 54,000,000 square feet of property owned or leased. That figure includes 150 owned facilities of approximately 19,091,000 square feet. Included in the total is our World Headquarters Complex which includes nine (9) buildings totaling approximately 1,100,000 square feet on 89 acres of land which we own. It also includes our Worldwide Hub which consists of approximately 4,241,000 square feet of owned building area on 647 acres of land leased from the Memphis Shelby County Airport Authority.

Declaration of Donald C. Colvin           2.        Doc #619723

EXHIBIT __C__
PAGE __12__

1      5. In California FedEx Express currently has approximately 13,123,000 square

2  fee of property that is owned or leased. Three (3) of those locations are owned and

3

4  total 469,665 square feet. There are 147 leased locations that total approximately

5  12,653,000 square feet in California.

6      I declare under penalty of perjury under the laws of the United States of

7

8  America that the foregoing is true and correct. Executed this 20th day of October,

9  2006 at Memphis, Tennessee.

10      Dated: October 20, 2006

11

12

13      DONALD C. COLVIN

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Declaration of Donald C. Colvin    3.    Doc #619723

EXHIBIT C
PAGE 13

1

## PROOF OF SERVICE

2        I am a resident of the State of California, over the age of eighteen years,

3  and not a party to the within action. My business address is 2049 Century Park East,

    5th Floor, Los Angeles, California  90067.3107. On October 23, 2006, I served the

4  within document(s):

5  **DECLARATION OF DONALD C. COLVIN IN SUPPORT OF**

6  **DEFENDANT FEDERAL EXPRESS CORPORATION'S RESPONSE TO**
    **ORDER TO SHOW CAUSE**

7    ☒    by placing a true copy of the document(s) listed above for collection

8          and mailing following the firm's ordinary business practice in a sealed

9          envelope with postage thereon fully prepaid for deposit in the United

           States mail at Los Angeles, California addressed as set forth below.

10

11    Andre E. Jardini, Esq.        W. Joseph Strapp

12    Knapp, Petersen & Clarke    Strapp & Strapp
    500 North Brand Boulevard   11355 W. Olympic Blvd., #400

13    20th Floor             Los Angeles, CA  90064

14    Glendale, CA  91203

15    Michael S. Duberchin, Esq.   Glen Robert Bregman, Esq.

16    Law Offices of Michael S.    Law Offices of Glen Robert Bregman
    Duberchin            16633 Ventura Boulevard

17    4768 Park Granada, Suite 212  Suite 1200

18    Calabasas, CA  91302      Encino, CA  91436

19        I am readily familiar with the firm's practice of collection and processing

20  correspondence for mailing and for shipping via overnight delivery service. Under

21  that practice it would be deposited with the U.S. Postal Service or if an overnight

    delivery service shipment, deposited in an overnight delivery service pick-up box or

22  office on the same day with postage or fees thereon fully prepaid in the ordinary

23  course of business.

24        I declare that I am employed in the office of a member of the bar of this

25  court at whose direction the service was made. Executed on October 23, 2006, at Los
    Angeles, California.

26

27

28                                  Julie Contreras

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2049 Century Park East
5th Floor
Los Angeles, CA  90067-3107
310.553.0308

Firmwide:81438064.2 024910.2052

EXHIBIT  C

PAGE  14

EXHIBIT "D"

FILED

1  KEITH A JACOBY, Bar No. 150233
2  JANINE C. SUN, Bar No. 210973          2005 OCT 23  PM 3: 04
3  LITTLER MENDELSON
   A Professional Corporation             CLER U.S. ...
4  2049 Century Park East, 5th Floor      CENTRAL DIS ... CA.
   Los Angeles, CA  90067-3107            LOS ANGELES
5  Telephone:    310/553-0308             BY_____
6  Fax No.:      310/553-5583

7  RICHARD MCCONNELL (*Pro Hac Vice*)
8  SANDRA C. ISOM, Bar No. 157374
   FEDERAL EXPRESS CORPORATION                    RECEIVED
9  3620 Hacks Cross Road
10 Building "B"- Third Floor
   Memphis, Tennessee 38125
11 Telephone:    901/434-8375                 RICHARD S. McCONNELL
12 Fax No.:      901/434-9279                     SR. COUNSEL
                                                   LITIGATION
   E-mail: richard.mcconnell@fedex.com;
13 scisom@fedex.com
14
   Attorneys for Defendant
15 FEDERAL EXPRESS CORPORATION
16
                UNITED STATES DISTRICT COURT
17
             FOR THE CENTRAL DISTRICT OF CALIFORNIA
18

19 ARA KARAMIAN, an                  | Case No.  CV06-4345 DSF PJW
20 individual, on behalf of himself  |
   and all others similarly situated,|
21                                   | DECLARATION OF DAVID F. LEECH
22              Plaintiffs,           | IN SUPPORT OF DEFENDANT
                                     | FEDERAL EXPRESS
23      v.                            | CORPORATION'S RESPONSE TO
                                     | ORDER TO SHOW CAUSE
24 FEDERAL EXPRESS                    |
   CORPORATION, ROBERT               | Complaint filed:  May 31, 2006
25 SEYMOUR, and DOES 1               |
26 through 50, inclusive,            |
27              Defendants.          | CASE NAME Karamian
                                     | ATTORNEY_____
28                                   | PARALEGAL_____

Declaration of David F. Leech

I, DAVID F. LEECH, declare as follows:

1.　　I am over the age of twenty-one (21). I am knowledgeable of the facts contained herein and am qualified to make this declaration.

2.　　I began my employment with FedEx Express in 1984.

3.　　I am currently employed by FedEx Express, in Los Angeles, California. I make this declaration in support of Defendant Federal Express Corporation's Response to Order to Show Cause Regarding Remand. All of the information set forth herein is based on my personal and first hand knowledge except where otherwise indicated, and if called and sworn as a witness, I could and would competently testify thereto. I hold the position of Managing Director within the LAX Hub Operations and routinely access data for FedEx Express as part of my responsibilities. Records available to me indicate:

　　　a. The LAX Hub has approximately 1,478 employees. It is a regional facility.

　　　b. It processes approximately 260,000 packages daily.

　　　c. Every twenty-four (24) hours approximately forty-six (46) aircraft flights arrive at and depart from the LAX Hub.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 20th day of October, 2006 at Memphis, Tennessee.

Declaration of David F. Leech　　　　　2.　　　Doc #619622

1

2     Dated:  October 20, 2006

3

4                              DAVID F. LEECH

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Declaration of David F. Leech        3.      Doc #619622

1

## PROOF OF SERVICE

2       I am a resident of the State of California, over the age of eighteen years,

3   and not a party to the within action. My business address is 2049 Century Park East,

4   5th Floor, Los Angeles, California 90067.3107. On October 23, 2006, I served the
    within document(s):

5   **DECLARATION OF DAVID F. LEECH IN SUPPORT OF DEFENDANT**

6   **FEDERAL EXPRESS CORPORATION'S RESPONSE TO ORDER TO**
    **SHOW CAUSE**

7       ☒       by placing a true copy of the document(s) listed above for collection

8               and mailing following the firm's ordinary business practice in a sealed

9               envelope with postage thereon fully prepaid for deposit in the United
                States mail at Los Angeles, California addressed as set forth below.

10

11  Andre E. Jardini, Esq.                 W. Joseph Strapp

12  Knapp, Petersen & Clarke               Strapp & Strapp
    500 North Brand Boulevard              11355 W. Olympic Blvd., #400

13  20th Floor                             Los Angeles, CA 90064
    Glendale, CA 91203

14

15  Michael S. Duberchin, Esq.             Glen Robert Bregman, Esq.

16  Law Offices of Michael S.              Law Offices of Glen Robert Bregman
    Duberchin                              16633 Ventura Boulevard

17  4768 Park Granada, Suite 212           Suite 1200

18  Calabasas, CA 91302                    Encino, CA 91436

19      I am readily familiar with the firm's practice of collection and processing

20  correspondence for mailing and for shipping via overnight delivery service. Under

21  that practice it would be deposited with the U.S. Postal Service or if an overnight

    delivery service shipment, deposited in an overnight delivery service pick-up box or

22  office on the same day with postage or fees thereon fully prepaid in the ordinary
    course of business.

23

24      I declare that I am employed in the office of a member of the bar of this

25  court at whose direction the service was made. Executed on October 23, 2006, at Los
    Angeles, California.

26

27

28                                                  Julie Contreras

LITTLER MENDELSON
A Professional Corporation
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

Firmwide:81438064.2 024910.2052

EXHIBIT D
PAGE 18

EXHIBIT "E"

FILED

2006 OCT 23  PM 3: 04

RECEIVED

RICHARD S. McCONNELL
SR. COUNSEL
LITIGATION

1   KEITH A. JACOBY, Bar No. 150233
    JANINE C. SUN, Bar No. 210973
2   LITTLER MENDELSON
    A Professional Corporation
3   2049 Century Park East
    5th Floor
4   Los Angeles, CA  90067.3107
    Telephone:  310.553.0308
5   Fax No.:     310.553.5583
    E-mail:  kjacoby@littler.com; jsun@littler.com
6
    RICHARD MCCONNELL (*pro hac vice*)
7   SANDRA C. ISOM, Bar No. 157374
    FEDERAL EXPRESS CORPORATION
8   3620 Hacks Cross Road
    Building "B", Third Floor
9   Memphis, Tennessee 38125
    Telephone:   901.434-8375
10  Fax No.:     901.434-9279

11  Attorneys for Defendant
    FEDERAL EXPRESS CORPORATION

12

13          UNITED STATES DISTRICT COURT

14          CENTRAL DISTRICT OF CALIFORNIA

15  ARA KARAMIAN, an individual,        Case No. CV 06-4345-DSF(PJWx)
    on behalf of himself and all other
16  similarly situated,                 ASSIGNED FOR ALL PURPOSES TO
                                         JUDGE DALE S. FISCHER
17          Plaintiffs,
                                         DECLARATION OF RICHARD S.
18       v.                              MCCONNELL IN SUPPORT OF
                                         DEFENDANT FEDERAL EXPRESS
19  FEDERAL EXPRESS                      CORPORATION'S RESPONSE TO
    CORPORATION, ROBERT                  ORDER TO SHOW CAUSE
20  SEYMOUR, and Does 1 through 50,
    inclusive,                           Complaint Filed:  May 31, 2006
21          Defendants.

22

23                                       CASE NAME Karamian
                                         ATTORNEY
24                                       PARALEGAL

25

26

27

28

LITTLER MENDELSON
A Professional Corporation
2049 Century Park East
5th Floor
Los Angeles, CA 90067 3107
310 553.0308

EXHIBIT  E
PAGE  19

1
2          I, RICHARD S. MCCONNELL, declare as follows:
3          1.      I am over the age of twenty-one.  I am knowledgeable of the facts
4
5    contained herein and am qualified to make this declaration.
6          2.      I am an attorney, employed as Senior Counsel, Litigation in the Legal
7
8    Department of FedEx Express, at its World Headquarters in Memphis, Tennessee.  I
9    admitted *Pro Hac Vice* as lead trial counsel in this litigation.  I make this declaration
10   in support of Defendant Federal Express Corporation's Response to Order to Show
11
12   Cause Regarding Remand.  All of the information set forth herein is based on my
13   personal and first hand knowledge except where otherwise indicated, and if called and
14   sworn as a witness, I could and would competently testify thereto.
15
16         3.      I have access to some of the records of Federal Express Corporation,
17   d/b/a FedEx Express.
18         4.      Attached hereto as Exhibit "A" is a true and correct copy of selected
19
20   pages of the Form 10-K filed with the United States Securities and Exchange
21   Commission by the holding company of Federal Express Corporation, FedEx
22   Corporation, for fiscal year ending May 31, 2006.
23
24         5.      These pages include the cover page and pages 3, 4, 5, 8, 9, 10, 21, 23,
25   and 24.
26
27
28
     Declaration of Richard S.              2.       Doc #619777
     McConnell

EXHIBIT _E_
PAGE _20_

1    I declare under penalty of perjury under the laws of the United States of

2    America that the foregoing is true and correct.  Executed this _20_ th day of October,

3

4    2006 at Memphis, Tennessee.

5

6    Dated:  October _20_, 2006

7                                              *RS McConnell /epe*

8                                              RICHARD S. MCCONNELL

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Declaration of Richard S.              3.         Doc #619777
McConnell

EXHIBIT _E_
PAGE _21_

Download: [PDF] [RTF] [XLS]

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549
# FORM 10-K

(Mark One)

☒     **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the fiscal year ended May 31, 2006.

OR

☐     **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from _____ to _____.

Commission file number 1-15829

# FEDEX CORPORATION
### (Exact Name of Registrant as Specified in its Charter)

| | |
|---|---|
| Delaware | 62-1721435 |
| (State or Other Jurisdiction of Incorporation or Organization) | (I.R.S. Employer Identification No.) |
| 942 South Shady Grove Road, Memphis, Tennessee | 38120 |
| (Address of Principal Executive Offices) | (ZIP Code) |

Registrant's telephone number, including area code: (901) 818-7500

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Name of each exchange on which registered |
|---|---|
| Common Stock, par value $0.10 per share | New York Stock Exchange |

Securities registered pursuant to Section 12(g) of the Act: None

Indicate by check mark if the Registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes ☒ No ☐

Indicate by check mark if the Registrant is not required to file reports pursuant to Rule 13 or Section 15(d) of the Exchange Act. Yes ☐ No ☒

Indicate by check mark whether the Registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the Registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K (§ 229.405 of this chapter) is not contained herein, and will not be contained, to the best of Registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K. ☒

Indicate by check mark whether the Registrant is a large accelerated filer, an accelerated filer, or a non-accelerated filer. See definition of "accelerated filer and large accelerated filer" in Rule 12b-2 of the Exchange Act. (Check one):

Large accelerated filer ☒    Accelerated filer ☐    Non- accelerated filer ☐

Indicate by check mark whether the Registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐ No ☒

The aggregate market value of the common stock held by non-affiliates of the Registrant, computed by reference to the closing price as of the last business day of the Registrant's most recently completed second fiscal quarter, November 30, 2005, was approximately $27.6 billion. The Registrant has no non-voting stock.

As of July 10, 2006, 306,410,446 shares of the Registrant's common stock were outstanding.

### DOCUMENTS INCORPORATED BY REFERENCE

Portions of the Registrant's definitive proxy statement to be delivered to stockholders in connection with the 2006 annual meeting of stockholders to be held on September 25, 2006 are incorporated by reference in response to Part III of this Report.

### EXHIBIT A

EXHIBIT _E_

PAGE _22_

4

PART I

*Item 1.    Business*

Overview

FedEx Corporation ("FedEx") provides a broad portfolio of transportation, e-commerce and business services through companies operating independently, competing collectively and managed collaboratively, under the respected FedEx brand. These companies are included in four reportable business segments:

- *FedEx Express* : Federal Express Corporation ("FedEx Express") is the world's largest express transportation company, offering time-certain delivery within one to three business days and serving markets that comprise more than 90% of the world's gross domestic product. The FedEx Express segment also includes FedEx Trade Networks, Inc., which provides international trade services, specializing in customs brokerage and global cargo distribution.

- *FedEx Ground* : FedEx Ground Package System, Inc. ("FedEx Ground") is a leading provider of small-package ground delivery service. FedEx Ground provides low-cost residential delivery to nearly 100% of U.S. residences through FedEx Home Delivery. The FedEx Ground segment also includes FedEx SmartPost, Inc., which specializes in the consolidation and delivery of high volumes of low-weight, less time-sensitive business-to-consumer packages using the U.S. Postal Service for final delivery to residences.

- *FedEx Freight:* FedEx Freight Corporation ("FedEx Freight") is a leading U.S. provider of regional next-day and second-day and interregional less-than-truckload ("LTL") freight services. The FedEx Freight segment also includes FedEx Custom Critical, Inc., North America's largest time-specific, critical shipment carrier, and Caribbean Transportation Services, Inc., the leading provider of airfreight forwarding services between the United States and Puerto Rico.

- *FedEx Kinko's:* FedEx Kinko's Office and Print Services, Inc. ("FedEx Kinko's") is a leading provider of document solutions and business services. FedEx's Kinko's global network of digitally-connected locations offers access to technology for black & white and color copying/printing, finishing and presentation services, signs and graphics, Internet access, videoconferencing, outsourcing, managed services, Web-based printing, document management solutions, the full range of FedEx day-definite ground shipping and time-definite global express shipping services, and a variety of other retail services and products, including office supplies.

For financial information concerning our reportable business segments, refer to the accompanying financial section, which includes management's discussion and analysis of results of operations and financial condition and our consolidated financial statements.

Our Web site is located at *fedex.com* . Detailed information about our services and our e-commerce tools and solutions can be found on our Web site. In addition, we make our Annual Reports on Form 10-K, Quarterly Reports on Form 10-Q, Current Reports on Form 8-K and all amendments to such reports available, free of charge, through our Web site, as soon as reasonably practicable after they are filed with or furnished to the SEC. These and other SEC filings are available through the Investor Relations page of our Web site, the address of which is *http://www.fedex.com/us/investorrelations* . The information on our Web site, however, is not incorporated by reference in, and does not form part of, this Annual Report on Form 10-K.

Except as otherwise specified, any reference to a year indicates our fiscal year ended May 31 of the year referenced.

3

EXHIBIT _E_

PAGE _23_

## Strategy

FedEx was incorporated in Delaware on October 2, 1997 to serve as the parent holding company of FedEx Express and each of our other operating companies. Through our holding company and FedEx Corporate Services, Inc. ("FedEx Services"), we provide strategic direction to, and coordination of, the FedEx portfolio of companies. We intend to continue to leverage and extend the FedEx brand and to provide our customers with convenient, seamless access to our entire portfolio of integrated business solutions.

We are pursuing a number of initiatives to continue to enhance the FedEx customer experience. For instance, in May 2006, we launched FedEx Expedited Freight Services, a new, one-call solution that enables customers to quickly and easily evaluate surface and air freight shipping options available from FedEx Express, FedEx Freight and FedEx Custom Critical in order to select the best service meeting their needs. Through one point of contact, customers can select from a broad range of freight services, based on their pickup and delivery requirements, time sensitivity and the characteristics of the products being shipped. This new freight shipping solution further demonstrates our commitment to enhancing the customer experience through state-of-the-art technology.

We believe that sales and marketing activities, as well as the information systems that support the extensive automation of our package delivery services, are functions that are best coordinated across operating companies. Through the use of advanced information systems that connect the FedEx companies, we make it convenient for customers to use the full range of FedEx services. We believe that seamless information integration is critical to obtain business synergies from multiple operating units. For example, our Web site, *fedex.com*, provides a single point of contact for our customers to access FedEx Express, FedEx Ground and FedEx Freight shipment tracking, customer service and invoicing information and FedEx Kinko's office and print services.

We manage our business as a portfolio—in the best interest of FedEx as a whole, not a particular operating company. As a result, we base decisions on capital investment, expansion of delivery, information technology and retail networks, and service additions or enhancements on achieving the highest overall long-term return on capital for our business as a whole. For each FedEx company, we focus on making appropriate investments in the technology and assets necessary to optimize our earnings performance and cash flow. As an example of our commitment to managing collaboratively, certain of our management incentive compensation programs are tied in part to the performance of FedEx as a whole.

While we have increased our emphasis on competing collectively and managing collaboratively, we continue to believe that operating independent networks, each focused on its own respective markets, results in optimal service quality, reliability and profitability from each business unit. Each FedEx company focuses exclusively on the market sectors in which it has the most expertise. Each company's operations, cost structure, policies and culture are designed to serve the unique customer needs of a particular market segment.

Our "operate independently, compete collectively, manage collaboratively" strategy also provides flexibility in sizing our various operating companies to align with varying macro-economic conditions and customer demand for the market segments in which they operate. For example:

- To accommodate international growth at FedEx Express, we have added flights, purchased aircraft, increased capacity and improved services to and from Europe and Asia based on the growth prospects of these regions.

- We are expanding network capacity at our growing FedEx Ground and FedEx Freight companies. For instance, we expect to increase FedEx Ground's daily package pick-up capacity to approximately five million by 2011.

4





EXHIBIT E

PAGE 24

- We are expanding the FedEx Kinko's retail network, which will further increase customer access to FedEx shipping services and offer growth opportunities in commercial document solutions and other business services.

We believe the following four trends continue to drive world commerce and shape the global marketplace:

- *Globalization:*   As the world's economy becomes more fully integrated, and as barriers and borders to trade continue to decrease, companies are sourcing and selling globally. The increase in global sourcing and selling has led companies to streamline their supply chains and open new markets. With customers in more than 220 countries and territories, we facilitate this supply chain through our global reach, delivery services and information capabilities.

- *Supply Chain Acceleration:*   As the economy has become increasingly global, it has also become more fast-paced. Businesses cannot wait weeks to source components and finished goods from around the world, especially in high-tech industries with high obsolescence rates. As a result, companies of all sizes depend on the delivery of just-in-time inventory to help them compete faster and more efficiently. We have taken advantage of the move toward faster, more efficient supply chains by helping customers substitute near real-time information to manage inventory in motion, thereby reducing overhead and obsolescence and speeding time-to-market.

- *Increase in High-Tech and High-Value-Added Businesses:*   High-tech and high-value-added goods continue to increase as a percentage of total economic output. These goods can be roughly defined as any product with a relatively high value-to-weight ratio or a high value-added content—for example, computers, pharmaceuticals, automotive goods, electronics, high-fashion goods and aviation products. Our various operating companies offer a unique menu of services to fit virtually all shipping needs of high-tech and high-value-added industries.

- *Growth of the Internet and E-Commerce:*   E-commerce acts as a catalyst for the other three trends and is a vital growth engine for businesses today. It makes low-cost information available to anyone with Internet access, regardless of time or space. It enables small and mid-sized companies to source and sell globally, just like large corporations. Through our global transportation and technology networks, we contribute to and benefit from the growth of the Internet and e-commerce.

These trends have produced an unprecedented expansion of customer access—to goods, services and information. We continue to position our companies to facilitate and capitalize on this access and move toward even stronger long-term growth, productivity and profitability by:

- Optimizing and expanding our worldwide FedEx Express network, particularly in key markets such as China and India.

- Increasing the capacity, speed and reliability of our FedEx Ground and FedEx Freight networks and expanding the FedEx Kinko's retail network.

- Emphasizing the "compete collectively" part of our core strategy through service improvements and focusing our employees and contractors on delivering the best customer experience in the industry, resulting in better alignment across the entire FedEx network.

In 2006, we also agreed to make two strategic acquisitions, each of which is expected to provide important contributions to our long-term growth, productivity and profitability.

- On January 24, 2006, FedEx Express signed an agreement with Tianjin Datian W. Group Co., Ltd. ("DTW Group") to acquire DTW Group's fifty percent share of the FedEx-DTW International Priority express joint venture and DTW Group's domestic express network in China for approximately $400 million in cash. The acquisition will convert our joint venture with DTW Group, formed in 1999, into a wholly owned subsidiary and increase our presence in China in the international and domestic express

5

7

EXHIBIT  E
PAGE  25

*Governance*

FedEx has an independent Board of Directors committed to the highest quality corporate governance. Reflecting this commitment, we have embraced the spirit of corporate governance reform rather than merely meeting the minimum compliance standards set forth in the Sarbanes-Oxley Act of 2002 and the New York Stock Exchange's corporate governance listing standards. We have implemented many governance enhancements that go well beyond those legal requirements. For example, in April 2006, our Board of Directors announced its decision to submit to stockholders a proposal to amend FedEx's certificate of incorporation and bylaws to eliminate all supermajority voting requirements. FedEx stockholders will vote on the Board's simple majority vote proposal at the September 25, 2006 annual meeting.

In addition, we have made compliance with the reporting requirements of Section 404 of the Sarbanes-Oxley Act of 2002 one of our highest priorities, and we have leveraged this expensive and time-consuming effort to further improve our already rigorous disclosure controls and procedures and effective internal control over financial reporting. Our goal has been not only to comply with the law, but also to build upon a process that will further enhance a strong controls mindset across FedEx today and in the future.

We have a Code of Business Conduct & Ethics, which applies to all of our directors, officers and employees, including our principal executive officer and senior financial officers. Our Code of Business Conduct & Ethics is available in the corporate governance section of the Investor Relations page of our Web site at *http://www.fedex.com/us/investorrelations* . We intend to post in the corporate governance section of the Investor Relations page of our Web site information regarding any amendment to, or waiver from, the provisions of our Code of Business Conduct & Ethics to the extent such disclosure is required. The information on our Web site, however, does not form part of this Report.

*Business Segments*

The following describes in more detail the operations of each of our business segments, as well as FedEx Services:

*FedEx Express Segment*

*FedEx Express*

*Overview*

FedEx Express invented express distribution in 1973 and remains the industry leader, providing rapid, reliable, time-definite delivery of packages and freight to more than 220 countries and territories. FedEx Express offers time-certain delivery within one to three business days, serving markets that generate more than 90% of the world's gross domestic product through door-to-door, customs-cleared service, with a money-back guarantee. FedEx Express's unmatched air route authorities and extensive transportation infrastructure, combined with its leading-edge information technologies, make it the world's largest express transportation company. FedEx Express employs more than 138,000 employees and operates approximately 53,500 drop-off locations, 671 aircraft and 41,000 vehicles and trailers in its integrated global network.

*Services*

FedEx Express offers a wide range of shipping services for delivery of packages and freight. Overnight package services are backed by money-back guarantees and extend to virtually the entire United States population. FedEx Express offers three U.S. overnight delivery services: FedEx First Overnight, FedEx Priority Overnight and FedEx Standard Overnight. FedEx SameDay service is available for urgent

8



EXHIBIT E

PAGE 26

shipments up to 70 pounds to virtually any U.S. destination. FedEx Express also offers express freight services to handle the needs of the time-definite global freight market.

International express delivery with a money-back guarantee is available to more than 220 countries and territories, with a variety of time-definite services to meet distinct customer needs. FedEx Express also offers a comprehensive international freight service, backed by a money-back guarantee, real-time tracking and advanced customs clearance.

For information regarding FedEx Express e-shipping tools and solutions, see "FedEx Services —Technology."

*International Expansion*

FedEx Express is focused on further expanding its international presence, especially in key markets such as China and India. China and India are the two fastest growing major economies in the world, consistently recording gross domestic product growth rates of over 7% a year. China is already the third largest trading country in the world, behind the United States and Germany, with total foreign trade exceeding $1.4 trillion in calendar 2005.

We began serving China in 1984 and, since that time, have expanded our service to cover more than 200 cities across the country with plans to add 100 additional cities over the next few years. We have recently taken several important actions that increase our presence in China and India and bolster our leadership in the global, air cargo industry:

- In March 2005, we launched the express air cargo industry's first direct flight from mainland China to Europe (a daily direct flight from Shanghai to Frankfurt, Germany) as part of a new westbound around-the-world route that originates and terminates in Memphis and provides connections via the FedEx AsiaOne network to and from more than 130 cities in northern and eastern China. Additionally, the flight links key manufacturing regions in Germany into the FedEx network, while other parts of Europe connect with the FedEx EuroOne network via our Paris hub.

- In September 2005, we launched the first overnight express link between India and China as part of our new eastbound around-the-world route, which connects Europe, India, China and Japan with the FedEx Express U.S. hub in Memphis.

- In November 2005, we expanded our service in India. We increased our flight frequencies in and out of India and improved connectivity between key export centers and regional hubs, resulting in improved service, especially for customers in Delhi and north India.

- In January 2006, we broke ground on a new Asia-Pacific hub at the Guangzhou Baiyun International Airport in Southern China, which is expected to employ approximately 1,200 workers. The new Asia-Pacific hub is expected to assume and expand the current activities of our existing hub in Subic Bay, Philippines, beginning in 2009. We believe the new hub will better serve our global customers doing business in and with the fast-growing China and Asia-Pacific markets.

- In January 2006, we signed an agreement to acquire DTW Group's fifty percent share of the FedEx-DTW International Priority express joint venture and DTW Group's domestic express network in China. See "Strategy."

- In March 2006, we began using three new flight frequencies into China. We now have a total of 26 weekly flights to China, the most of any U.S.-based cargo carrier.

EXHIBIT E
PAGE 27

In support of our international expansion, we have agreed to purchase ten Airbus A380 aircraft, with deliveries beginning in 2009. FedEx Express also holds options for ten additional A380 aircraft. FedEx Express is scheduled to be the first company to take delivery of the Airbus A380 freighter and the first to deploy the plane into service. The immense capacity, extensive range and excellent efficiency of this aircraft make it ideally suited for the anticipated needs of the FedEx Express global network later this decade. To facilitate the use of our growing international network, we offer strong international trade consulting services and a variety of online tools that enable customers to more easily determine and comply with international shipping requirements.

### U.S. Postal Service Agreements

Under two agreements with the U.S. Postal Service that run through August 2008, FedEx Express provides air capacity for transportation of Priority, Express and First-Class Mail and has approximately 5,000 drop boxes at U.S. Post Offices in approximately 340 metropolitan areas. FedEx Express also provides transportation and delivery for the U.S. Postal Service's international delivery service called Global Express Guaranteed (GXG).

### Pricing

FedEx Express periodically publishes list prices in its Service Guides for the majority of its services. In general, during 2006, U.S. shipping rates were based on the service selected, destination zone, weight, size, any ancillary service charge and whether the shipment was picked up by a FedEx Express courier or dropped off by the customer at a FedEx Express, FedEx Kinko's or FedEx Authorized ShipCenter location. International rates are based on the type of service provided and vary with size, weight and destination. FedEx Express offers its customers discounts generally based on actual or potential average daily revenue produced.

FedEx Express has an indexed fuel surcharge for all U.S. domestic and U.S. outbound shipments and for shipments originating internationally, where legally and contractually possible. The surcharge percentage is subject to monthly adjustment based on the spot price for jet fuel. For example, the fuel surcharge for June 2006 was based on the spot price for jet fuel published for April 2006. Changes to the FedEx Express fuel surcharge, when calculated according to the spot price for jet fuel and FedEx Express trigger points, are applied effective from the first Monday of the month. These trigger points may change from time to time, but information on the fuel surcharge for each month is available at *fedex.com* approximately two weeks before the surcharge is applicable.

### Operations

FedEx Express's primary sorting facility, located in Memphis, serves as the center of the company's multiple hub-and-spoke system. A second national hub is located in Indianapolis. In May 2006, we extended the term of our lease at the Indianapolis International Airport by twelve years and announced plans to significantly expand the Indianapolis hub facility. In addition to these national hubs, FedEx Express operates regional hubs in Newark, Oakland and Fort Worth and major metropolitan sorting facilities in Los Angeles and Chicago. FedEx Express is building a new regional hub in Greensboro, North Carolina, which is scheduled to begin operations in 2009.

Facilities in Anchorage, Paris and Subic Bay, Philippines, serve as sorting facilities for express package and freight traffic moving to and from Asia, Europe and North America. Additional major sorting and freight handling facilities are located at Narita Airport in Tokyo, Stansted Airport outside London and Pearson Airport in Toronto. The facilities in Subic Bay and Paris are also designed to serve as regional hubs for their respective market areas. A new facility in Miami — the Miami Gateway Hub — serves our South Florida, Latin American and Caribbean markets. In January 2006, we broke ground on a new Asia-

10

10

EXHIBIT E
PAGE 28

*Item 2.*     *P roperties*

**FedEx Express Segment**

FedEx Express's principal owned and leased properties include its aircraft, vehicles, national, regional and metropolitan sorting facilities, administration buildings, FedEx Drop Boxes and data processing and telecommunications equipment.

*Aircraft and Vehicles*

As of May 31, 2006, FedEx Express's operating aircraft fleet consisted of the following:

| Description | Owned | Leased | Total | Maximum Operational Revenue Payload (Pounds per Aircraft) [1] |
|---|---|---|---|---|
| Boeing MD11 | 28 | 30 | 58 [3] | 155,800 |
| Boeing MD10-30 [2] | 4 | 2 | 6 | 128,900 |
| Boeing DC10-30 | 4 | 10 | 14 | 128,900 |
| Boeing MD10-10 [5] | 41 | — | 41 | 117,800 |
| Boeing DC10-10 | 23 | 2 | 25 [4] | 117,800 |
| Airbus A300-600 | 17 | 36 | 53 [6] | 91,000 |
| Airbus A310-200/300 | 49 | 16 | 65 [6] | 69,800 |
| Boeing B727-200 | 84 | 10 | 94 | 43,100 |
| Boeing B727-100 | 13 | — | 13 | 31,100 |
| ATR 72-202 | 11 | — | 11 [7] | 18,000 |
| ATR 42-300/320 | 29 | — | 29 | 12,000 |
| Fokker F27-500 | 3 | — | 3 | 13,500 |
| Fokker F27-600 | 6 | — | 6 | 13,800 |
| Cessna 208B | 243 | — | 243 | 3,400 |
| Cessna 208A | 10 | — | 10 | 3,000 |
| Total | 565 | 106 | 671 | |

[1] Maximum operational revenue payload is the lesser of the net volume-limited payload and the net maximum structural payload.

[2] The MD10-30s and MD10-10s are DC10-30s and DC10-10s, respectively, that have been converted to an MD10 configuration.

[3] Includes 9 aircraft not currently in operation and awaiting completion of passenger-to-freighter modification.

[4] Includes 8 aircraft not currently in operation and awaiting completion of passenger-to-freighter modification.

[5] Includes 4 aircraft not currently in operation and awaiting completion of passenger-to-freighter modification.

[6] Includes 6 aircraft not currently in operation and awaiting completion of passenger-to-freighter modification.

[7] Includes 5 aircraft not currently in operation and awaiting completion of passenger-to-freighter modification.

21

11

EXHIBIT *E*
PAGE *29*

*Sorting and Handling Facilities*

At May 31, 2006, FedEx Express operated the following sorting and handling facilities:

| Location | Acres | Square Feet | Sorting Capacity (per hour) [1] | Lessor | Lease Expiration Year |
|---|---|---|---|---|---|
| **National** | | | | | |
| Memphis, Tennessee | 525 | 3,074,000 | 465,000 | Memphis-Shelby County Airport Authority | 2012 |
| Indianapolis, Indiana | 215 | 1,895,000 | 191,000 | Indianapolis Airport Authority | 2028 |
| **Regional** | | | | | |
| Fort Worth, Texas | 168 | 977,000 | 76,000 | Fort Worth Alliance Airport Authority | 2021 |
| Newark, New Jersey | 64 | 595,000 | 154,000 | Port Authority of New York and New Jersey | 2010 |
| Oakland, California | 64 | 320,000 | 53,000 | City of Oakland | 2011 |
| **Metropolitan** | | | | | |
| Chicago, Illinois | 51 | 419,000 | 52,000 | City of Chicago | 2018 |
| Los Angeles, California | 23 | 305,000 | 57,000 | City of Los Angeles | 2009 |
| **International** | | | | | |
| Anchorage, Alaska [2] | 62 | 258,000 | 17,000 | Alaska Department of Transportation and Public Facilities | 2023 |
| Paris, France [3] | 87 | 861,000 | 48,000 | Aeroports de Paris | 2029 |
| Subic Bay, Philippines [4] | 18 | 316,000 | 22,000 | Subic Bay Metropolitan Authority | 2010 |

[1] Documents and packages.

[2] Handles international express package and freight shipments to and from Asia, Europe and North America.

[3] Handles intra-Europe express package and freight shipments, as well as international express package and freight shipments to and from Europe.

[4] Handles intra-Asia express package and freight shipments, as well as international express package and freight shipments to and from Asia.

FedEx Express's facilities at the Memphis International Airport also include aircraft maintenance hangars, flight training and fuel facilities, administrative offices and warehouse space. FedEx Express leases these facilities from the Memphis-Shelby County Airport Authority (the "Authority") under several leases. The leases cover land, administrative and sorting buildings, other facilities, ramps and certain related equipment. FedEx Express has the option to purchase certain equipment (but not buildings or improvements to real estate) leased under such leases at the end of the lease term for a nominal sum. The

12

EXHIBIT *E*

PAGE 30

leases obligate FedEx Express to maintain and insure the leased property and to pay all related taxes, assessments and other charges. The leases are subordinate to, and FedEx Express's rights thereunder could be affected by, any future lease or agreement between the Authority and the U.S. Government.

FedEx Express has major international sorting and freight handling facilities located at Narita Airport in Tokyo, Japan, Stansted Airport outside London, England and Pearson Airport in Toronto, Canada. FedEx Express also has a substantial presence at airports in Hong Kong; Taiwan; Dubai, United Arab Emirates; Frankfurt, Germany; and Miami.

*Administrative and Other Properties and Facilities*

The World Headquarters of FedEx Express is located in southeastern Shelby County, Tennessee. The headquarters campus, which comprises eight separate buildings with more than 1.1 million square feet of space, houses approximately 1,900 employees. FedEx Express also has facilities housing administrative and technical operations on approximately 200 acres adjacent to the Memphis International Airport. Of the eight buildings located on this site, four are subject to long-term leases and the other four are owned by FedEx Express. FedEx Express also leases approximately 25 facilities in the Memphis area for administrative offices and warehouses. FedEx Express leases state-of-the-art technology centers in Collierville, Tennessee, Irving, Texas, Colorado Springs, Colorado, and Orlando, Florida. These facilities house FedEx Express personnel and FedEx Services personnel responsible for strategic software development and other functions that support FedEx's technology and e-commerce solutions.

FedEx Express owns or leases approximately 665 facilities for city station operations in the United States. In addition, approximately 225 city stations are owned or leased throughout FedEx Express's international network. The majority of these leases are for terms of five to ten years. City stations serve as the sorting and distribution center for a particular city or region. We believe that suitable alternative facilities are available in each locale on satisfactory terms, if necessary.

As of May 31, 2006, FedEx Express had approximately 42,500 Drop Boxes, including 5,000 Drop Boxes outside U.S. Post Offices. As of May 31, 2006, FedEx Express also had approximately 11,000 FedEx Authorized ShipCenters and FedEx ShipSites, which are drop-off locations situated within certain retailers, such as FedEx Kinko's, OfficeMax and Staples. Internationally, FedEx Express has over 2,000 drop-off locations.

**FedEx Ground Segment**

FedEx Ground's corporate offices and information and data centers are located in the Pittsburgh, Pennsylvania, area in an approximately 500,000 square-foot building owned by FedEx Ground. As of May 31, 2006, FedEx Ground had approximately 21,300 company-owned trailers and owned or leased approximately 500 facilities, including 29 hubs. In addition, approximately 19,300 owner-operated vehicles support FedEx Ground's business. Of the approximately 300 facilities that support FedEx Home Delivery, more than 185 are co-located with existing FedEx Ground facilities. Leased facilities generally have terms of five years or less. The 29 hub facilities are strategically located to cover the geographic area served by FedEx Ground. The hub facilities average 245,000 square feet and range in size from 31,000 to 488,000 square feet.

**FedEx Freight Segment**

FedEx Freight's corporate headquarters are located in Memphis, Tennessee. FedEx Freight also has administrative offices located in Harrison, Arkansas and San Jose, California. As of May 31, 2006, FedEx Freight operated approximately 42,500 vehicles and trailers and 325 service centers, which are strategically located to provide service to virtually all U.S. ZIP Codes. These facilities range in size from 950 to 220,400 square feet of office and dock space. FedEx Custom Critical's headquarters are located in Green, Ohio.

EXHIBIT *E*

PAGE 24

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 2049 Century Park East, 5th Floor, Los Angeles, California 90067.3107. On October 23, 2006, I served the within document(s):

**DECLARATION OF RICHARD S. MCCONNELL IN SUPPORT OF DEFENDANT FEDERAL EXPRESS CORPORATION'S RESPONSE TO ORDER TO SHOW CAUSE**

☒  by placing a true copy of the document(s) listed above for collection and mailing following the firm's ordinary business practice in a sealed envelope with postage thereon fully prepaid for deposit in the United States mail at Los Angeles, California addressed as set forth below.

Andre E. Jardini, Esq.
Knapp, Petersen & Clarke
500 North Brand Boulevard
20th Floor
Glendale, CA 91203

W. Joseph Strapp
Strapp & Strapp
11355 W. Olympic Blvd., #400
Los Angeles, CA 90064

Michael S. Duberchin, Esq.
Law Offices of Michael S. Duberchin
4768 Park Granada, Suite 212
Calabasas, CA 91302

Glen Robert Bregman, Esq.
Law Offices of Glen Robert Bregman
16633 Ventura Boulevard
Suite 1200
Encino, CA 91436

I am readily familiar with the firm's practice of collection and processing correspondence for mailing and for shipping via overnight delivery service. Under that practice it would be deposited with the U.S. Postal Service or if an overnight delivery service shipment, deposited in an overnight delivery service pick-up box or office on the same day with postage or fees thereon fully prepaid in the ordinary course of business.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on October 23, 2006, at Los Angeles, California.

Julie Contreras

EXHIBIT E
PAGE 37

LITTLER MENDELSON
A Professional Corporation
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

EXHIBIT "F"

FILED

2006 OCT 23  PM 3: 04

RECEIVED

1  KEITH A. JACOBY, Bar No. 150233
   JANINE C. SUN, Bar No. 210973
2  LITTLER MENDELSON
   A Professional Corporation
3  2049 Century Park East
   5th Floor
4  Los Angeles, CA 90067.3107
   Telephone: 310.553.0308
5  Fax No.:    310.553.5583
   E-mail: kjacoby@littler.com; jsun@littler.com
6
   RICHARD MCCONNELL (pro hac vice)
7  SANDRA C. ISOM, Bar No. 157374
   FEDERAL EXPRESS CORPORATION
8  3620 Hacks Cross Road
   Building "B", Third Floor
9  Memphis, Tennessee 38125
   Telephone:    901.434-8375
10 Fax No.:      901.434-9279
11 Attorneys for Defendant
   FEDERAL EXPRESS CORPORATION

RICHARD S. McCONNELL
SR. COUNSEL
LITIGATION

12

13              UNITED STATES DISTRICT COURT

14              CENTRAL DISTRICT OF CALIFORNIA

15  ARA KARAMIAN, an individual,        Case No. CV 06-4345-DSF(PJWx)
    on behalf of himself and all other
16  similarly situated,                 ASSIGNED FOR ALL PURPOSES TO
                                        JUDGE DALE S. FISCHER
17              Plaintiffs,
                                        **DECLARATION OF ROBERT T.**
18      v.                              **MOLINET IN SUPPORT OF**
                                        **DEFENDANT FEDERAL EXPRESS**
19  FEDERAL EXPRESS                     **CORPORATION'S RESPONSE TO**
    CORPORATION, ROBERT                 **ORDER TO SHOW CAUSE**
20  SEYMOUR, and Does 1 through 50,
    inclusive,                          Complaint Filed: May 31, 2006
21              Defendants.
22                                      CASE NAME Karamian
23                                      ATTORNEY
                                        PARALEGAL
24

25

26

27

28

LITTLER MENDELSON

I, ROBERT T. MOLINET, declare as follows:

1.      I am over the age of twenty-one.  I am knowledgeable of the facts contained herein and am qualified to make this declaration.

2.      I am the duly elected Secretary of Federal Express Corporation, d/b/a FedEx Express and I make this declaration in support of Defendant Federal Express Corporation's Response to Order to Show Cause Regarding Remand.  All of the information set forth herein is based on my personal and first hand knowledge except where otherwise indicated, and if called and sworn as a witness, I could and would competently testify thereto.

3.      Federal Express Corporation is incorporated in Delaware.  Memphis, Tennessee is the corporate headquarters.  To the best of my knowledge, most of the following corporate-wide decisions relating to U.S. operations are made from Memphis, Tennessee:  decisions regarding corporate policy; decisions in times of major crisis or emergency; decisions regarding the purchase, financing and leasing of real properties; legal decisions; significant decisions regarding contracts and other purchasing; decisions regarding press releases and public affairs; decisions regarding banking relationships and cash management accounts; decisions regarding payroll for the entire corporation; decisions regarding revenue management for the entire corporation; decisions regarding safety and security policy-making; policy decisions regarding advertising and marketing; and significant computer operational decisions.

Declaration of Robert T. Molinet                2.

1       4.     Substantially all principal U.S. based corporate officers (Senior Vice

2   President and above) reside in Tennessee.

3

4       5.     The company lists 3610 Hacks Cross Road, Memphis, Tennessee as the

5   "principal executive office" on its Statement of Information filed with the State of

6   California Secretary of State.  Attached hereto as Exhibit "A" is a true and correct

7
    copy of that form dated August 8, 2006 and filed at my direction.  The company has
8
    no principal business office in the State of California.  A true and correct copy of a
9
    similar form filed for FedEx Corporation, the parent corporation, dated June 20, 2006
10
    is attached as Exhibit "B."
11

12

13      I declare under penalty of perjury under the laws of the United States of

14  America that the foregoing is true and correct.  Executed this 20th day of October,

15
    2006 at Memphis, Tennessee.
16

17

18      Dated:  October $20$, 2006

19

20                            ROBERT T. MOLINET

21

22

23

24

25

26

27

28

Declaration of Robert T. Molinet       3.



# State of California
## Secretary of State

F

### STATEMENT OF INFORMATION
(Foreign Corporation)

**FEES (Filing and Disclosure): $25.00. If amendment, see instructions.**

**IMPORTANT — READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

1. CORPORATE NAME (Please do not alter if name is preprinted.)

   C0689134
   FEDERAL EXPRESS CORPORATION
   ROBERT T MOLINET
   942 S SHADY GROVE RD
   MEMPHIS TN 38120

This Space For Filing Use Only.

**DUE DATE: 09-30-06**

**CALIFORNIA CORPORATE DISCLOSURE ACT (Corporations Code section 2117.1)**

A publicly traded corporation must file with the Secretary of State a Corporate Disclosure Statement (Form SI-PT) annually, within 150 days after the end of its fiscal year. Please see reverse for additional information regarding publicly traded corporations.

**NO CHANGE STATEMENT**

2. ☐ If there has been no change in any of the information contained in the last Statement of Information filed with the Secretary of State, check the box and proceed to Item 11.

   If there have been any changes to the information contained in the last Statement of Information filed with the Secretary of State, or no statement has been previously filed, this form must be completed in its entirety.

**COMPLETE ADDRESSES FOR THE FOLLOWING** (Do not abbreviate the name of the city. Items 3 and 4 cannot be P.O. Boxes.)

| 3. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | CITY AND STATE | | ZIP CODE |
|---|---|---|---|
| 3610 Hacks Cross Road | Memphis | TN | 38125 |

| 4. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | CITY | STATE | ZIP CODE |
|---|---|---|---|
| N/A | | CA | |

**NAMES AND COMPLETE ADDRESSES OF THE FOLLOWING OFFICERS** (The corporation must have these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| 5. CHIEF EXECUTIVE OFFICER/President | ADDRESS | CITY AND STATE | ZIP CODE |
|---|---|---|---|
| David J. Bronczek | 3610 Hacks Cross Road | Memphis, TN | 38125 |

| 6. SECRETARY/ | ADDRESS | CITY AND STATE | ZIP CODE |
|---|---|---|---|
| Robert T. Molinet | 942 S. Shady Grove Road | Memphis, TN | 38120 |

| 7. CHIEF FINANCIAL OFFICER/SVP | ADDRESS | CITY AND STATE | ZIP CODE |
|---|---|---|---|
| Cathy D. Ross | 3610 Hacks Cross Road | Memphis, TN | 38125 |

**AGENT FOR SERVICE OF PROCESS** (If the agent is an individual, the agent must reside in California and Item 9 must be completed with a California address. If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and Item 9 must be left blank.)

8. NAME OF AGENT FOR SERVICE OF PROCESS

   C T Corporation System

| 9. ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | CITY | STATE | ZIP CODE |
|---|---|---|---|
| | | CA | |

**TYPE OF BUSINESS**

10. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION

    Global Express Package and Freight Delivery Services.

11. THE INFORMATION CONTAINED HEREIN IS TRUE AND CORRECT.

| Robert T. Molinet | _[signature]_ | Secretary | 8/8/06 |
|---|---|---|---|
| TYPE OR PRINT NAME OF PERSON COMPLETING THE FORM | SIGNATURE | TITLE | DATE |

SI-350 (REV 05/2005)　　　　　　　　　　　　　　　　　　APPROVED BY SECRETARY OF STATE

## EXHIBIT A



4

EXHIBIT F

PAGE 36



Express

P.O. Box 1    Bank Of America    64-1278    NO. 6183695
Memphis, TN 38    611 GA    VENDOR
Controlled Disbursement    SERVICES
Bank of America, N.A.
Atlanta, DeKalb County, Georgia

CHECK NO.    005367123
6183695    VENDOR-REF

PAY    *******25 DOLLARS  & 00 CENTS    DATE    $*********25.00
08/07/06

TO    CHECKS OVER $1,000,000.00 NOT VALID UNLESS COUNTERSIGNED
THE    CALIFORNIA SECRETARY OF ST***    VOID AFTER 90 DAYS
ORDER    STATEMENT OF OFFICERS UNIT
OF    1500 11TH ST
SACRAMENTO    CA  95814    Authorized Company Representative
PLEASE NOTE SECURITY FEATURE ON BACK

⑈6183695⑈ ⑆061112788⑆ 329 902 3525⑈

FedEx Express
Memphis, Tennessee    REMITTANCE ADVICE

| VEN RQT | 080206 | BC1368 S | N | 204030928 25.00 | 25.00 |
|---|---|---|---|---|---|
| -S - 6183695 | 080706 | 005367123 | CALIFORNIA SECRETARY | | 25.00 |

Visit our website at vendors.fedex.com!

5

EXHIBIT F
PAGE 31



# State of California
## Secretary of State

### STATEMENT OF INFORMATION
(Foreign Corporation)

**FEES (Filing and Disclosure): $25.00.** If amendment, see instructions.

**IMPORTANT — READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

1. **CORPORATE NAME** (Please do not alter if name is preprinted.)

C2172803
FEDEX CORPORATION
942 SOUTH SHADY GROVE ROAD
MEMPHIS TN 38120

This Space For Filing Use Only

**DUE DATE:   08-31-06**

**CALIFORNIA CORPORATE DISCLOSURE ACT** (Corporations Code section 2117.1)

A publicly traded corporation must file with the Secretary of State a Corporate Disclosure Statement (Form SI-PT) annually, within 150 days after the end of its fiscal year. Please see reverse for additional information regarding publicly traded corporations.

**NO CHANGE STATEMENT**

2. ☑ If there has been no change in any of the information contained in the last Statement of Information filed with the Secretary of State, check the box and proceed to Item 11.

If there have been any changes to the information contained in the last Statement of Information filed with the Secretary of State, or no statement has been previously filed, this form must be completed in its entirety.

**COMPLETE ADDRESSES FOR THE FOLLOWING** (Do not abbreviate the name of the city. Items 3 and 4 cannot be P.O. Boxes.)

| 3. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | CITY AND STATE | | ZIP CODE |
|---|---|---|---|
| 942 South Shady Grove Road | Memphis | TN | 38120 |

| 4. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | CITY | STATE | ZIP CODE |
|---|---|---|---|
| NONE | | CA | |

**NAMES AND COMPLETE ADDRESSES OF THE FOLLOWING OFFICERS** (The corporation must have these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| 5. CHIEF EXECUTIVE OFFICER | ADDRESS | CITY AND STATE | ZIP CODE |
|---|---|---|---|
| Frederick W. Smith | 942 South Shady Grove Road | Memphis, TN | 38120 |

| 6. SECRETARY | ADDRESS | CITY AND STATE | ZIP CODE |
|---|---|---|---|
| Robert T. Molinet | 942 South Shady Grove Road | Memphis, TN | 38120 |

| 7. CHIEF FINANCIAL OFFICER | ADDRESS | CITY AND STATE | ZIP CODE |
|---|---|---|---|
| Alan B. Graf, Jr. | 942 South Shady Grove Road | Memphis, TN | 38120 |

**AGENT FOR SERVICE OF PROCESS** (If the agent is an individual, the agent must reside in California and Item 9 must be completed with a California address. If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and Item 9 must be left blank.)

8. NAME OF AGENT FOR SERVICE OF PROCESS

CT Corporation System

| 9. ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | CITY | STATE | ZIP CODE |
|---|---|---|---|
| | | CA | |

**TYPE OF BUSINESS**

10. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION

Holding Company

11. THE INFORMATION CONTAINED HEREIN IS TRUE AND CORRECT.

| Robert T. Molinet | | Assistant Secretary | 6/20/06 |
|---|---|---|---|
| TYPE OR PRINT NAME OF PERSON COMPLETING THE FORM | SIGNATURE | TITLE | DATE |

SI-350 (REV 05/2005)

001688F

APPROVED BY SECRETARY OF STATE

**EXHIBIT B**



EXHIBIT F
PAGE 36



FOR SECURITY PURPOSES THE FACE ON THIS DOCUMENT CONTAINS A BLUE-RED BACKGROUND PRINTED ON TRUE WATERMARK PAPER

To The
Order Of

SECRETARY OF STATE
1500 11TH ST
SACRAMENTO, CA 94244-2300

⑆0210751⑆ ⑈061112788⑇ 3299023632⑆

| Check Date: Jun/15/2006 | | | | | | Check No. 0210751 | |
|---|---|---|---|---|---|---|---|
| Invoice Number | Invoice Date | Business Unit | Voucher ID | Gross Amount | Disc Avail | | Paid Amount |
| | Jun/12/2006 | 10000 | 00069513 | 25.00 | 0.00 | | 25.00 |

| Vendor Number | | Name | | Date | Total Discounts | Total Amount |
|---|---|---|---|---|---|---|
| 0021697722 | | SECRETARY OF STATE | | Jun/15/2006 | 0.00 | 25.00 |
| Check Number | | | | Handling Code | Discounts Taken | Total Paid Amount |
| 0210751 | | | | D | 0.00 | 25.00 |

EXHIBIT F
PAGE 39

1

## PROOF OF SERVICE

2

3

4

     I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 2049 Century Park East, 5th Floor, Los Angeles, California 90067.3107. On October 23, 2006, I served the within document(s):

5

6

**DECLARATION OF ROBERT T. MOLINET IN SUPPORT OF DEFENDANT FEDERAL EXPRESS CORPORATION'S RESPONSE TO ORDER TO SHOW CAUSE**

7

8

9

☒    by placing a true copy of the document(s) listed above for collection and mailing following the firm's ordinary business practice in a sealed envelope with postage thereon fully prepaid for deposit in the United States mail at Los Angeles, California addressed as set forth below.

10

11

12

13

14

Andre E. Jardini, Esq.
Knapp, Petersen & Clarke
500 North Brand Boulevard
20th Floor
Glendale, CA 91203

W. Joseph Strapp
Strapp & Strapp
11355 W. Olympic Blvd., #400
Los Angeles, CA 90064

15

16

17

18

Michael S. Duberchin, Esq.
Law Offices of Michael S.
Duberchin
4768 Park Granada, Suite 212
Calabasas, CA 91302

Glen Robert Bregman, Esq.
Law Offices of Glen Robert Bregman
16633 Ventura Boulevard
Suite 1200
Encino, CA 91436

19

20

21

22

23

     I am readily familiar with the firm's practice of collection and processing correspondence for mailing and for shipping via overnight delivery service. Under that practice it would be deposited with the U.S. Postal Service or if an overnight delivery service shipment, deposited in an overnight delivery service pick-up box or office on the same day with postage or fees thereon fully prepaid in the ordinary course of business.

24

25

     I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on October 23, 2006, at Los Angeles, California.

26

27

28



Julie Contreras

LITTLER MENDELSON
A Professional Corporation
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

EXHIBIT F
PAGE 40

EXHIBIT "G"

*FILED*

1 | KEITH A JACOBY, Bar No. 150233
2 | JANINE C. SUN, Bar No. 210973
LITTLER MENDELSON
3 | A Professional Corporation
4 | 2049 Century Park East, 5th Floor
Los Angeles, CA 90067-3107
5 | Telephone:    310/553-0308
6 | Fax No.:    310/553-5583

2006 OCT 23 PM 3: 03

CLERK
CENTRAL DIST. ...
LOS ANGEL...

BY.___

7 | RICHARD MCCONNELL (*Pro Hac Vice*)
8 | SANDRA C. ISOM, Bar No. 157374
FEDERAL EXPRESS CORPORATION
9 | 3620 Hacks Cross Road
10 | Building "B"- Third Floor
Memphis, Tennessee 38125
11 | Telephone:    901/434-8375
12 | Fax No.:    901/434-9279
13 | E-mail:  richard.mcconnell@fedex.com;
scisom@fedex.com

**RECEIVED**

RICHARD S. McCONNELL
SR. COUNSEL
LITIGATION

14 | Attorneys for Defendant
15 | FEDERAL EXPRESS CORPORATION

16 |

UNITED STATES DISTRICT COURT

17 | FOR THE CENTRAL DISTRICT OF CALIFORNIA

18 |

19 | ARA KARAMIAN, an
20 | individual, on behalf of himself
and all others similarly situated,
21 |
22 |          Plaintiffs,
23 |     v.
24 | FEDERAL EXPRESS
CORPORATION, ROBERT
25 | SEYMOUR, and DOES 1
26 | through 50, inclusive,
27 |
28 |          Defendants.

Case No.  CV06-4345 DSF PJW X

**DECLARATION OF
LADY J. SWIFT-SMITH
IN SUPPORT OF
DEFENDANT FEDERAL EXPRESS
CORPORATION'S RESPONSE TO
ORDER TO SHOW CAUSE**

Complaint filed:  May 31, 2006

Declaration of Lady J. Swift-Smith

CASE NAME *Karamian*
ATTORNEY_____
PARALEGAL_____

EXHIBIT __G__
PAGE __41__

1
2      I, Lady J. Swift-Smith, declare as follows:
3
4      1.      I am over the age of twenty-one.  I am knowledgeable of the facts
5  contained herein and am qualified to make this declaration.
6      2.      I am currently employed by FedEx Services in Memphis, Tennessee.
7
8  I began my employment with Federal Express in June, 1987.  I currently hold the
9  position of Manager within the Tax Department, Property Tax Group and routinely
10  access property tax data reporting for FedEx Express as part of my responsibilities.
11
12  Those records indicate FedEx Express paid annual property taxes for Lien Year 2005
13  to date as follows:
14
        Tennessee - Annual Property Taxes paid approximately $33,000,000.00; and
15
16      California - Annual Property Taxes paid approximately $12,000,000.00.
17      I declare under penalty of perjury under the laws of the United States of
18  America that the foregoing is true and correct.  Executed this 19th day of October,
19
20  2006 at Memphis, Tennessee.
21
22      Dated:  October 19, 2006
23
24                                          LADY J. SWIFT-SMITH
25
26
27
28

Declaration of Lady J. Swift-Smith          2.

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 2049 Century Park East, 5th Floor, Los Angeles, California 90067.3107. On October 23, 2006, I served the within document(s):

**DECLARATION OF LADY J. SWIFT-SMITH IN SUPPORT OF DEFENDANT FEDERAL EXPRESS CORPORATION'S RESPONSE TO ORDER TO SHOW CAUSE**

☒  by placing a true copy of the document(s) listed above for collection and mailing following the firm's ordinary business practice in a sealed envelope with postage thereon fully prepaid for deposit in the United States mail at Los Angeles, California addressed as set forth below.

Andre E. Jardini, Esq.          W. Joseph Strapp
Knapp, Petersen & Clarke        Strapp & Strapp
500 North Brand Boulevard       11355 W. Olympic Blvd., #400
20th Floor                      Los Angeles, CA 90064
Glendale, CA 91203

Michael S. Duberchin, Esq.      Glen Robert Bregman, Esq.
Law Offices of Michael S.       Law Offices of Glen Robert Bregman
Duberchin                       16633 Ventura Boulevard
4768 Park Granada, Suite 212    Suite 1200
Calabasas, CA 91302             Encino, CA 91436

I am readily familiar with the firm's practice of collection and processing correspondence for mailing and for shipping via overnight delivery service. Under that practice it would be deposited with the U.S. Postal Service or if an overnight delivery service shipment, deposited in an overnight delivery service pick-up box or office on the same day with postage or fees thereon fully prepaid in the ordinary course of business.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on October 23, 2006, at Los Angeles, California.

Julie Contreras

EXHIBIT G

PAGE 43

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310 553 0308

EXHIBIT "H"

FILED

2006 OCT 23  PM 3: 03

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

1  KEITH A JACOBY, Bar No. 150233
2  JANINE C. SUN, Bar No. 210973
   LITTLER MENDELSON
3  A Professional Corporation
4  2049 Century Park East, 5th Floor
   Los Angeles, CA  90067-3107
5  Telephone:    310/553-0308
6  Fax No.:      310/553-5583

7  RICHARD MCCONNELL (*Pro Hac Vice*)
8  SANDRA C. ISOM, Bar No. 157374
   FEDERAL EXPRESS CORPORATION
9  3620 Hacks Cross Road
10 Building "B"- Third Floor
   Memphis, Tennessee 38125
11 Telephone:    901/434-8375
12 Fax No.:      901/434-9279
   E-mail: richard.mcconnell@fedex.com;
13 scisom@fedex.com

14
   Attorneys for Defendant
15 FEDERAL EXPRESS CORPORATION

RECEIVED

RICHARD T. McCONNELL
SR. COUNSEL
LITIGATION.

16
17            UNITED STATES DISTRICT COURT
18        FOR THE CENTRAL DISTRICT OF CALIFORNIA

19 **ARA KARAMIAN, an**              Case No.  CV06-4345 DSF PJW
20 **individual, on behalf of himself**
   **and all others similarly situated,**
21
22            **Plaintiffs,**           **DECLARATION OF**
                                        **FLYNN WALLACE**
23        v.                            **IN SUPPORT OF**
                                        **DEFENDANT FEDERAL EXPRESS**
24 **FEDERAL EXPRESS**                  **CORPORATION'S RESPONSE TO**
   **CORPORATION, ROBERT**             **ORDER TO SHOW CAUSE**
25 **SEYMOUR, and DOES 1**
26 **through 50, inclusive,**          Complaint filed:  May 31, 2006
27
             **Defendants.**
28

   Declaration of Flynn Wallace

CASE NAME Karamian
ATTORNEY
PARALEGAL

EXHIBIT H
PAGE 44

I, Flynn Wallace, declare as follows:

1.    I am over the age of twenty-one (21). I am knowledgeable of the facts contained herein and am qualified to make this declaration.

2.    I am currently employed by FedEx Express in Memphis, Tennessee. I began my employment with Federal Express in December, 1983. I currently hold the position of Managing Director within the National Hub Operations and routinely access data reporting for FedEx Express as part of my responsibilities. Those records indicate:

3.    The Memphis Hub has approximately 15,000 employees including 3,000 pilots and 1,500 support personnel.

4.    It is the largest single FedEx Express operation, handling some two-thirds (2/3rds) of the company's 3.1 million daily packages (2 million of 3.1 million) worldwide.

5.    Every twenty-four (24) hours approximately two hundred-forty (240) aircraft flights arrive at and depart the Memphis Hub, far more than any other company location.

6.    Although there are other package sorting operations in various states and abroad, the Memphis Hub is our only operation that can service all locations worldwide.

7.    Every twenty four (24) hours approximately one hundred-ten (110) FedEx Express trucks enter and depart the Memphis Hub.

Declaration of Flynn Wallace              2.         Doc #619549

1
2
3    I declare under penalty of perjury under the laws of the United States of
    America that the foregoing is true and correct.  Executed this __19__ th day of October,
4    2006 at Memphis, Tennessee.
5
6    Dated: October __19__, 2006
7
                                    _Flynn Wallace_
8                                    FLYNN WALLACE
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Declaration of Flynn Wallace                3.

EXHIBIT H
PAGE 46

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 2049 Century Park East, 5th Floor, Los Angeles, California 90067.3107. On October 23, 2006, I served the within document(s):

**DECLARATION OF FLYNN WALLACE IN SUPPORT OF DEFENDANT FEDERAL EXPRESS CORPORATION'S RESPONSE TO ORDER TO SHOW CAUSE**

[X]   by placing a true copy of the document(s) listed above for collection and mailing following the firm's ordinary business practice in a sealed envelope with postage thereon fully prepaid for deposit in the United States mail at Los Angeles, California addressed as set forth below.

Andre E. Jardini, Esq.
Knapp, Petersen & Clarke
500 North Brand Boulevard
20th Floor
Glendale, CA 91203

W. Joseph Strapp
Strapp & Strapp
11355 W. Olympic Blvd., #400
Los Angeles, CA 90064

Michael S. Duberchin, Esq.
Law Offices of Michael S. Duberchin
4768 Park Granada, Suite 212
Calabasas, CA 91302

Glen Robert Bregman, Esq.
Law Offices of Glen Robert Bregman
16633 Ventura Boulevard
Suite 1200
Encino, CA 91436

I am readily familiar with the firm's practice of collection and processing correspondence for mailing and for shipping via overnight delivery service. Under that practice it would be deposited with the U.S. Postal Service or if an overnight delivery service shipment, deposited in an overnight delivery service pick-up box or office on the same day with postage or fees thereon fully prepaid in the ordinary course of business.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on October 23, 2006, at Los Angeles, California.

Julie Contreras

LITTLER MENDELSON
A Professional Corporation
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

Firmwide:81438064.2 024910.2052

EXHIBIT H
PAGE 47

EXHIBIT "I"

1  KEITH A. JACOBY, Bar No. 150233
   JANINE C. SUN, Bar No. 210973
2  LITTLER MENDELSON
   A Professional Corporation
3  2049 Century Park East
   5th Floor
4  Los Angeles, CA 90067.3107
   Telephone: 310.553.0308
5  Fax No.: 310.553.5583
   E-mail: kjacoby@littler.com; jsun@littler.com
6
   RICHARD MCCONNELL (*pro hac vice*)
7  SANDRA C. ISOM, Bar No. 157374
   FEDERAL EXPRESS CORPORATION
8  3620 Hacks Cross Road
   Building "B", Third Floor
9  Memphis, Tennessee 38125
   Telephone: 901.434-8375
10 Fax No.: 901.434-9279

11 Attorneys for Defendant
   FEDERAL EXPRESS CORPORATION
12

RECEIVED

RICHARD S. McCONNELL
SR. COUNSEL
LITIGATION

2006 OCT 23 PM 3: 05

FILED

13              UNITED STATES DISTRICT COURT

14              CENTRAL DISTRICT OF CALIFORNIA

15 ARA KARAMIAN, an individual,        Case No. CV 06-4345-DSF(PJWx)
   on behalf of himself and all other
16 similarly situated,                  ASSIGNED FOR ALL PURPOSES TO
                                        JUDGE DALE S. FISCHER
17              Plaintiffs,
                                        **DECLARATION OF KATHRYN R.**
18      v.                              **YOUNG IN SUPPORT OF**
                                        **DEFENDANT FEDERAL EXPRESS**
19 FEDERAL EXPRESS                      **CORPORATION'S RESPONSE TO**
   CORPORATION, ROBERT                  **ORDER TO SHOW CAUSE**
20 SEYMOUR, and Does 1 through 50,
   inclusive,                           Complaint Filed: May 31, 2006
21              Defendants.
22

23                                      CASE NAME Karamian
                                        ATTORNEY
24                                      PARALEGAL
25
26
27
28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

EXHIBIT I
PAGE 48

1
2      I, Kathryn R. Young, declare as follows:
3
4      1.      I am over the age of twenty-one.  I am knowledgeable of the facts
5   contained herein and am qualified to make this declaration.
6      2.      I am currently employed by FedEx Express in Memphis, Tennessee.  I
7
8   began my employment with Federal Express in May 16, 1990.  I currently hold the
9   position of Senior Manager within the U.S. Payroll Services Department and routinely
10  access payroll data reporting for FedEx Express as part of my responsibilities.
11
12  According to payroll records to which I have access in the normal course of business,
13  for Fiscal Year 2006 total no limit gross taxable wages for FedEx Express employees
14  in California was $584,529,733.17 and for Tennessee employees was
15
16  $1,646,371,301.75.
17      I declare under penalty of perjury under the laws of the United States of
18  America that the foregoing is true and correct.  Executed this 19th day of October,
19
20  2006 at Memphis, Tennessee.
21
22      Dated: October 19, 2006
23
24                                  KATHRYN R. YOUNG
25
26
27
28

Declaration of Kathryn R. Young          2.

EXHIBIT __I__
PAGE __49__

1

<u>PROOF OF SERVICE</u>

2

I am a resident of the State of California, over the age of eighteen years,

3

and not a party to the within action. My business address is 2049 Century Park East,

5th Floor, Los Angeles, California  90067.3107. On October 23, 2006, I served the

4

within document(s):

5

**DECLARATION OF KATHRYN R. YOUNG IN SUPPORT OF**

6

**DEFENDANT FEDERAL EXPRESS CORPORATION'S RESPONSE TO**

**ORDER TO SHOW CAUSE**

7

[X]     by placing a true copy of the document(s) listed above for collection

8

and mailing following the firm's ordinary business practice in a sealed

envelope with postage thereon fully prepaid for deposit in the United

9

States mail at Los Angeles, California addressed as set forth below.

10

11

Andre E. Jardini, Esq.                          W. Joseph Strapp

12

Knapp, Petersen & Clarke                 Strapp & Strapp

500 North Brand Boulevard             11355 W. Olympic Blvd., #400

13

20th Floor                                          Los Angeles, CA  90064

Glendale, CA  91203

14

15

Michael S. Duberchin, Esq.               Glen Robert Bregman, Esq.

16

Law Offices of Michael S.                  Law Offices of Glen Robert Bregman

Duberchin                                           16633 Ventura Boulevard

17

4768 Park Granada, Suite 212           Suite 1200

18

Calabasas, CA  91302                         Encino, CA  91436

19

I am readily familiar with the firm's practice of collection and processing

20

correspondence for mailing and for shipping via overnight delivery service.  Under

that practice it would be deposited with the U.S. Postal Service or if an overnight

21

delivery service shipment, deposited in an overnight delivery service pick-up box or

22

office on the same day with postage or fees thereon fully prepaid in the ordinary

course of business.

23

24

I declare that I am employed in the office of a member of the bar of this

court at whose direction the service was made. Executed on October 23, 2006, at Los

25

Angeles, California.

26

27

28

Julie Contreras

LITTLER MENDELSON
A Professional Corporation
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
310.553.0308

EXHIBIT ___I___

PAGE ___59___

EXHIBIT "J"



**ORRICK**

ORRICK, HERRINGTON & SUTCLIFFE LLP
OLD FEDERAL RESERVE BANK BUILDING
400 SANSOME STREET
SAN FRANCISCO, CA 94111-3143
*tel 415-392-1122*
*fax 415-773-5759*
WWW.ORRICK.COM

## SUMMARY OF CALIFORNIA JURY
## VERDICTS IN EMPLOYMENT CASES

This study is a compilation of reported jury verdicts in employment cases tried in California state and federal courts from 1981 through April 2001. This study reflects those verdicts reported in *Jury Verdicts Weekly*, the *San Francisco Daily Journal* and *California Law Reporter*. Therefore, it may not reflect all reported verdicts. Also, because our interest is to summarize what juries have decided in these cases, the study in most instances does not report on any reversals, reductions or other modifications resulting from post-trial motions or appeals.[*] The study also excludes cases which were settled or dismissed before reaching a jury.

The study looks at these jury verdicts by the major employment issue involved, broken down by superior court or district court, type of jury award and year. To help summarize the information, the study provides the following five categories of information: (1) the total number of verdicts; (2) the average jury award for all verdicts; (3) the percentage of verdicts in which the plaintiff prevailed; (4) the numerical average of all verdicts in favor of the plaintiff; and (5) the median verdict (i.e., the number above and below which there is an equal number).

When comparing the median verdict with the average verdict, it is important to note that an average is very sensitive to extremely high or extremely low jury awards. This is especially true given that several verdicts have exceeded $10 million.

We believe that the data is now sufficiently large to permit analysis of litigation trends in jury trials. Nonetheless, because each trial is so unique, it is impossible to predict the likely result in any particular case.

© Copyright 2001, Orrick, Herrington & Sutcliffe LLP. All rights reserved.

---

[*] For example, a verdict in excess of $100 million on behalf of twenty-one plaintiffs against Interstate Brands in 2000 was reduced over 80 percent by the Trial Court on post-verdict motions. We note that several recent studies have dealt with the effect on jury verdicts of post-trial motions and appellate decisions that have reversed or materially reduced jury awards.

EXHIBIT 5
PAGE 51

## ORRICK, HERRINGTON & SUTCLIFFE LLP
### SUMMARY OF CALIFORNIA JURY
### VERDICTS IN EMPLOYMENT CASES
(Reported From January 1989 through April 30, 2001)

### WRONGFUL TERMINATION

| Issues | Total Verdicts | Averages Based on Total Verdicts | Plaintiff Prevailed: Number (Percent) | Average Jury Award | Median Jury Award |
|---|---|---|---|---|---|
| **Discrimination** | | | | | |
| Sex | 182 | $193,658 | 84 (46%) | $419,593 | $227,479 |
| (Sexual Harassment) | (69) | (283,513) | (35) (51%) | 558,411 | (275,000) |
| (Non-Harassment) | (113) | (16,763) | (49) (43%) | (320,070) | (140,242) |
| Race | 102 | 697,785 | 48 (47%) | 1,482,792 | 495,351 |
| Age | 118 | 348,960 | 47 (40%) | 876,113 | 472,488 |
| Disability | 48 | 200,705 | 25 (52%) | 385,354 | 250,000 |
| **Total\*\*** | **450** | | **204 (45%)** | | |
| | | | | | |
| **Non-Discrimination** | | | | | |
| Breach of Contract/Covenant | 310 | 460,997 | 207 (67%) | 690,382 | 255,263 |
| Violation of Public Policy | 114 | 602,625 | 62 (54%) | 1,108,053 | 250,000 |
| Fraud/Misrepresentation | 16 | 661,917 | 9 (56%) | 1,176,742 | 451,876 |
| Defamation/Slander | 16 | 510,314 | 6 (38%) | 1,360,837 | 123,000 |
| Retaliation | 24 | 572,054 | 15 (63%) | 915,286 | 239,866 |
| **Total\*\*** | **480** | | **299 (62%)** | | |

\*\* These totals overlap due to more than one cause of action in some cases.

© Copyright 2001, Orrick, Herrington & Sutcliffe LLP.
All Rights Reserved

2

DOCSSF1:562712.1

EXHIBIT J
PAGE 52

## ORRICK, HERRINGTON & SUTCLIFFE LLP
## SUMMARY OF CALIFORNIA JURY
## VERDICTS IN EMPLOYMENT CASES
### (Reported From January 1989 through April 30, 2001)

| Issues | Number of Total Verdicts | Average Based on Total Verdicts | Plaintiff Prevailed: Number (Percent) | Average Jury Award | Median Jury Award |
|---|---|---|---|---|---|
| **Discrimination** | | | | | |
| Sex | 124 | $297,643 | 77 (62%) | $479,321 | $220,562 |
| (Sexual Harassment) | 94 | (293,688) | (58) (62%) | (484,153) | (232,531) |
| (Non-Harassment) | 30 | (161,177) | (19) (63%) | (516,481) | (195,000) |
| Race | 78 | 295,427 | 32 (41%) | 720,103 | 500,000 |
| Age | 20 | 310,322 | 5 (25%) | 1,241,288 | 164,048 |
| Disability | 25 | 253,789 | 8 (32%) | 793,091 | 443,030 |
| Total** | 215 | | 110 (51%) | | |
| | | | | | |
| **Non-Discrimination** | | | | | |
| Violation of Public Policy | 17 | $248,541 | 7 (41%) | $603,600 | $442,000 |
| Breach of Contract/Covenant | 24 | 193,102 | 14 (58%) | 331,032 | 265,000 |
| Retaliation | 37 | 54,832 | 17 (46%) | 119,341 | 87,000 |
| Total** | 78 | | 38 (51%) | | |

*Issues include such issues as harassment, failure to hire, failure to promote, demotion, etc.

** These totals overlap due to more than one cause of action in some cases.

3

© Copyright 2001, Orrick, Herrington & Sutcliffe LLP.
All Rights Reserved

DOCSSF1:562712.1

EXHIBIT J

PAGE 53

## ORRICK, HERRINGTON & SUTCLIFFE LLP
### SUMMARY OF CALIFORNIA JURY
### VERDICTS IN EMPLOYMENT CASES
(Reported From January 1989 through April 30, 2001)

**JURY AWARDS IN CALIFORNIA STATE AND FEDERAL COURTS**

| Courts | Median Jury Award | Average Jury Award | Total Verdicts | Plaintiff Prevailed Number (Percent) |
|---|---|---|---|---|
| **Selected California Superior Courts** | | | | |
| Alameda | $123,000 | $822,158 | 73 | 39 (53%) |
| Los Angeles | 353,238 | 1,031,255 | 422 | 229 (54%) |
| Orange | 366,700 | 935,173 | 115 | 50 (43%) |
| Sacramento | 352,000 | 1,072,417 | 65 | 29 (45%) |
| San Bernardino | 226,150 | 383,977 | 41 | 22 (54%) |
| Santa Clara | 275,000 | 513,732 | 59 | 35 (59%) |
| San Diego | 228,254 | 379,482 | 122 | 52 (43%) |
| San Francisco | 145,121 | 437,671 | 76 | 44 (59%) |
| San Mateo | 293,500 | 513,732 | 23 | 16 (70%) |
| **Total** | 300,159 | 689,454 | 996 | 516 (51.8%) |
| **United States District Courts** | | | | |
| Northern | $250,000 | $1,306,524 | 53 | 25 (47%) |
| Eastern | 494,351 | 1,028,617 | 12 | 5 (42%) |
| Central | 223,000 | 755,889 | 55 | 27 (49%) |
| Southern | 315,000 | 292,667 | 5 | 3 (60%) |
| **All California U.S. District Courts** | 268,200 | 845,924 | 125 | 60 (48%) |
| **Total** | 300,000 | 767,689 | 1,121 | 576 (51%) |

© Copyright 2001, Orrick, Herrington & Sutcliffe LLP.
All Rights Reserved

4

DOCSSF1:562712.1

EXHIBIT J
PAGE 54

## ORRICK, HERRINGTON & SUTCLIFFE LLP
## SUMMARY OF CALIFORNIA JURY
## VERDICTS IN EMPLOYMENT CASES

| Year | TOTAL AWARDS | | Total Verdicts | Plaintiff Prevailed: Number (Percent) |
| --- | --- | --- | --- | --- |
| | Median Jury Award | Average Jury Award | | |
| 1981 | $300,000 | $490,091 | 18 | 11 (65%) |
| 1982 | 136,660 | 472,946 | 35 | 22 (63%) |
| 1983 | 76,500 | 238,221 | 24 | 13 (54%) |
| 1984 | 230,000 | 766,152 | 29 | 17 (59%) |
| 1985 | 252,743 | 795,343 | 64 | 50 (78%) |
| 1986 | 109,000 | 268,395 | 72 | 42 (58%) |
| 1987 | 260,500 | 866,074 | 80 | 42 (53%) |
| 1988 | 120,742 | 610,613 | 63 | 42 (67%) |
| 1989 | 154,007 | 341,431 | 42 | 28 (66%) |
| 1990 | 317,135 | 1,806,034 | 67 | 46 (68%) |
| 1991 | 278,900 | 449,668 | 69 | 37 (53%) |
| 1992 | 330,000 | 816,858 | 81 | 35 (43%) |
| 1993 | 250,000 | 429,315 | 95 | 51 (54%) |
| 1994 | 250,000 | 457,777 | 141 | 79 (56%) |
| 1995 | 242,479 | 439,653 | 106 | 58 (55%) |
| 1996 | 184,000 | 646,013 | 106 | 47 (44%) |
| 1997 | 244,933 | 643,571 | 184 | 94 (51%) |
| 1998 | 313,500 | 885,395 | 209 | 96 (46%) |
| 1999 | 368,393 | 994,730 | 137 | 68 (50%) |
| 2000 | 471,500 | 1,291,852 | 86 | 36 (42%) |
| 2001 | 426,000 | 412,833 | 16 | 6 (38%) |

© Copyright 2001, Orrick, Herrington & Sutcliffe LLP.
All Rights Reserved

5

DOCSSF1:562712.1

EXHIBIT J
PAGE 55

ORRICK, HERRINGTON & SUTCLIFFE LLP
SUMMARY OF CALIFORNIA JURY
VERDICTS IN EMPLOYMENT CASES

## EMOTIONAL DISTRESS AWARDS

| Year | Median Jury Award | Average Jury Award | Total Verdicts | Plaintiff Prevailed Number (Percent) |
|---|---|---|---|---|
| 1981 | $45,000 | $45,000 | 18 | 1 (6%) |
| 1982 | 6,500 | 54,000 | 35 | 4 (11%) |
| 1983 | 150,000 | 150,000 | 24 | 1 (4%) |
| 1984 | 50,000 | 50,000 | 29 | 2 (7%) |
| 1985 | 37,000 | 44,400 | 64 | 5 (8%) |
| 1986 | 30,000 | 41,318 | 72 | 11 (15%) |
| 1987 | 79,500 | 145,188 | 80 | 8 (10%) |
| 1988 | 75,000 | 201,198 | 63 | 13 (21%) |
| 1989 | 80,000 | 81,429 | 42 | 7 (17%) |
| 1990 | 55,750 | 270,642 | 67 | 23 (34%) |
| 1991 | 200,000 | 192,611 | 69 | 9 (13%) |
| 1992 | 200,000 | 160,134 | 81 | 7 (9%) |
| 1993 | 96,148 | 199,998 | 95 | 19 (20%) |
| 1994 | 100,000 | 150,582 | 141 | 27 (19%) |
| 1995 | 85,000 | 214,965 | 106 | 18 (17%) |
| 1996 | 135,420 | 309,997 | 106 | 23 (22%) |
| 1997 | 388,000 | 388,000 | 184 | 3 (2%) |
| 1998 | 500,000 | 1,249,424 | 209 | 7 (3%) |
| 1999 | 140,000 | 553,312 | 137 | 4 (3%) |
| 2000 | 425,000 | 425,000 | 86 | 2 (2%) |
| 2001 | -0- | -0- | 16 | -0- (0%) |

© Copyright 2001, Orrick, Herrington & Sutcliffe LLP.
All Rights Reserved

6

DOCSSF1:562712.1

EXHIBIT J
PAGE 56

## ORRICK, HERRINGTON & SUTCLIFFE LLP
### SUMMARY OF CALIFORNIA JURY
### VERDICTS IN EMPLOYMENT CASES

| Year | PUNITIVE DAMAGES JURY AWARDS | | | Plaintiff Prevailed: |
|------|------|------|------|------|
| | Median Jury Award | Average Jury Award | Total Verdicts | Number (Percent) |
| 1981 | $200,000 | $444,333 | 18 | 6 (35%) |
| 1982 | 100,000 | 637,713 | 35 | 12 (34%) |
| 1983 | 1,500,000 | 1,500,000 | 24 | 1 (4%) |
| 1984 | 100,000 | 498,364 | 29 | 11 (38%) |
| 1985 | 250,000 | 750,984 | 64 | 25 (39%) |
| 1986 | 75,000 | 225,000 | 72 | 25 (34%) |
| 1987 | 261,430 | 1,182,656 | 80 | 20 (25%) |
| 1988 | 305,173 | 1,161,659 | 63 | 12 (19%) |
| 1989 | 200,000 | 284,050 | 42 | 7 (17%) |
| 1990 | 115,000 | 3,394,321 | 67 | 14 (20%) |
| 1991 | 500,000 | 661,929 | 69 | 7 (10%) |
| 1992 | 1,000,000 | 1,187,929 | 81 | 7 (9%) |
| 1993 | 235,000 | 414,995 | 95 | 11 (12%) |
| 1994 | 404,500 | 913,708 | 141 | 12 (9%) |
| 1995 | 125,000 | 225,455 | 106 | 11 (10%) |
| 1996 | 325,000 | 983,715 | 106 | 12 (11%) |
| 1997 | 122,272 | 734,427 | 183 | 28 (15%) |
| 1998 | 250,000 | 1,785,198 | 209 | 23 (11%) |
| 1999 | 993,134 | 2,154,793 | 137 | 9 (7%) |
| 2000 | 1,500,000 | 15,092,564 | 86 | 9 (11%) |
| 2001 | 42,500 | 42,500 | 16 | 2 (12%) |

[1] Total Punitive Damages Verdicts - $500k-$1 million: 27
Total Punitive Damages Verdicts - $1 million or more: 27

© Copyright 2001, Orrick, Herrington & Sutcliffe LLP.
All Rights Reserved

7

DOCSSF1:562712.1

EXHIBIT J
PAGE 57

1

## CERTIFICATE OF SERVICE

2

I am a resident of the State of California, over the age of eighteen

3

years, and not a party to the within action. My business address is Federal

4

Express Corporation, 2601 Main Street, Suite 340, Irvine, California 92614.

5

On April 14, 2008, I served the within document(s):

6

**DECLARATION OF DAVID S. WILSON, III, IN SUPPORT OF
DEFENDANTS' NOTICE OF REMOVAL OF ACTION FROM STATE
COURT TO U.S. DISTRICT COURT, CENTRAL DISTRICT OF
CALIFORNIA**

7

8

9

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below.

10

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States Mail at Irvine, California addressed as set forth below.

11

12

☐ by arranging with O.C. Corporate Courier Attorney Service to personally deliver the document(s) listed above to the person(s) at the address(es) set forth below.

13

14

☒ by placing the document(s) listed above in a sealed envelope with delivery fees provided for, addressed as follows for collection by Federal Express for overnight delivery at Federal Express Corporation, 2601 Main Street, Suite 340, Irvine, California 92614, in accordance with Federal Express Corporation's ordinary business practices.

15

16

17

**Robert J. Prata, Esq.
Cassandra J. Zappaterreno, Esq.
HAWKINS, PRATA & DALEY
707 Wilshire Blvd., Suite 1825
Los Angeles, CA 90017
Telephone (213) 622-5600
Facsimile (213) 622-5623**

18

19

20

21

**Attorneys for Plaintiff**

22

☐ *(State)* I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

23

☒ *(Federal)* I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

24

25

Executed on April 14, 2008, at Irvine, California.

26

27

JULIA STUMPF

28

725806

3

Declaration of David S. Wilson, III, In Support of Defendants' Notice of Removal

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Federal Express Corporation, 2601 Main Street, Suite 340, Irvine, California 92614.

On May 28, 2008, I served the within document(s):

**DECLARATION OF DAVID S. WILSON, III, IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL OF ACTION FROM STATE COURT TO U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States Mail at Irvine, California addressed as set forth below.

☐ by arranging with O.C. Corporate Courier, Inc. Attorney Service to personally deliver the document(s) listed above to the person(s) at the address(es) set forth below.

☒ by placing the document(s) listed above in a sealed envelope with delivery fees provided for, addressed as follows for collection by Federal Express for overnight delivery at Federal Express Corporation, 2601 Main Street, Suite 340, Irvine, California 92614, in accordance with Federal Express Corporation's ordinary business practices.

**Edward L. Niland, Esq.**
**NILAND & NILAND**
**233 Oak Meadow Drive**
**Los Gatos, CA 95032**
**Telephone (408) 395-3100**
**Facsimile (408) 395-3120**

**Attorneys for Plaintiff**

☐ *(State)* I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ *(Federal)* I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 28, 2008, at Irvine, California.

JULIA STUMPF

3

DECLARATION OF DAVID S. WILSON, III IN SUPPORT OF DEFENDANT'S REMOVAL