Law Offices of
## NILAND & NILAND
233 Oak Meadow Drive
Los Gatos, California 95032

Edward L. Niland

Edward J. Niland, Jr.
(1916-2004)

Telephone (408) 395-3100

FAX (408) 395-3120

June 6, 2008

Magistrate Judge Richard Seeborg
U. S. District Court
280 S. 1st Street, Courtroom 4, 5th Floor
San Jose, CA 95113

Re:  Barrera vs. Federal Express Corporation; Angela Suazo
     U. S. District Court Case No. : C08-02668 RS

Dear Judge Seeborg:

Edward L. Niland represents Plaintiff Hector Barrera in the above-referenced matter.

This is to inform you that Mr. Niland suffered a serious stroke on June 4, 2008 and remains hospitalized. His wife informed me today that he will require physical therapy for balance problems related to the stroke and she asked me to clear his calendar for two weeks. As such, I ask that any current deadlines, including Plaintiff's Demand for Jury Trial, in this matter be put on hold until such time as Mr, Niland's condition can be fully assessed.

Thank you for your consideration.

Sincerely,

*Lynne Crowell*

Lynne Crowell
Secretary to
EDWARD L. NILAND

cc:  David S. Wilson, III
     Federal Express Corporation