| | |
|---|---|
| 1 | David S. Wilson, III (Bar No. 174185) |
| 2 | **FEDERAL EXPRESS CORPORATION** |
|   | 2601 Main Street, Suite 340 |
| 3 | Irvine, CA 92614 |
|   | TEL: (949) 862-4656 |
| 4 | FAX: (949) 862-4605 |
| 5 | **dswilson@fedex.com** |
| 6 | |
| 7 | **Attorneys for Defendants** |
|   | **FEDERAL EXPRESS CORPORATION** |
| 8 | **and ANGELA SUAZO** |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR BARRERA, | CASE NO. C08-02668 JF |
| Plaintiff, | Assigned to Hon. Jeremy Fogel |
| v. | |
| FEDERAL EXPRESS CORPORATION; ANGELA SUAZO, and Does 1-20, | **NOTICE OF MOTION AND MOTION TO DISMISS DEFENDANT SUAZO UNDER RULE 12(b)(6) FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED** |
| Defendants. | |
| | Date: September 12, 2008 |
| | Time: 9:00 a.m. |
| | Courtroom: 3 |
| | |
| | Complaint Filed: April 14, 2008 |

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that on Friday, September 12, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard by the above-entitled Court, located at 280 S. First Street, #3035, San Jose, California, in Courtroom 3, 5th Floor, Defendant Angela Suazo will and hereby does request that this Court grant her Motion To Dismiss Under Rule 12(b)(6) For Failure to State a Claim For Which Relief Can Be Granted, and issue an order dismissing her in the above-captioned matter.

This motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities and proposed order filed contemporaneously herewith, the files and records in this action, and on such other and further argument as the Court may permit in any hearing of this motion.

DATED: June 18, 2008          By: _____/S/_____
                                  DAVID S. WILSON, III, ESQ.
                                  **FEDERAL EXPRESS CORPORATION**
                                  Attorneys for Defendants

735557

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Federal Express Corporation, 2601 Main Street, Suite 340, Irvine, California 92614.

On June 19, 2008, I served the within document(s):

**NOTICE OF MOTION AND MOTION TO DISMISS DEFENDANT SUAZO UNDER RULE 12(b)(6) FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States Mail at Irvine, California addressed as set forth below.

☐ by arranging with O.C. Corporate Courier, Inc. Attorney Service to personally deliver the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above in a sealed envelope with delivery fees provided for, addressed as follows for collection by Federal Express for overnight delivery at Federal Express Corporation, 2601 Main Street, Suite 340, Irvine, California 92614, in accordance with Federal Express Corporation's ordinary business practices.

**Edward L. Niland, Esq.**
**NILAND & NILAND**
**233 Oak Meadow Drive**
**Los Gatos, CA 95032**
**Telephone (408) 395-3100**
**Facsimile (408) 395-3120**

**Attorneys for Plaintiff**

☐ *(State)* I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ *(Federal)* I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 19, 2008, at Irvine, California.

/S/
_____
JULIA STUMPF