**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HECTOR BARRERA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FEDERAL EXPRESS CORPORATION; ANGELA SUAZO, and Does 1-20,<br><br>　　　　Defendants. | CASE NO.  C08-02668 JF<br><br>Assigned to Hon. Jeremy Fogel<br><br>**[PROPOSED] ORDER DISMISSING DEFENDANT SUAZO UNDER RULE 12(b)(6) FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED**<br><br>Date: September 12, 2008<br>Time: 9:00 a.m.<br>Courtroom: 3<br><br>Complaint Filed: April 14, 2008 |

　　　　Before the Court is Defendant Suazo's Motion to Dismiss Under Rule 12(b)(6) For Failure to State a Claim Upon Which Relief Can Be Granted.

　　　　Having reviewed the relevant pleadings and heard oral argument on this

1  motion, the Court GRANTS Defendant Suazo's motion in its entirety and

2  dismisses Defendant Suazo from this action with prejudice.

3

4      IT IS SO ORDERED THIS ____ day of _____, 2008.

5                                 _____

6                                 Jeremy Fogel
                               United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25  735635

26

27

28

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Federal Express Corporation, 2601 Main Street, Suite 340, Irvine, California 92614.

On June 19, 2008, I served the within document(s):

**[PROPOSED] ORDER DISMISSING DEFENDANT SUAZO UNDER RULE 12(b)(6) FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States Mail at Irvine, California addressed as set forth below.

☐ by arranging with O.C. Corporate Courier, Inc. Attorney Service to personally deliver the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above in a sealed envelope with delivery fees provided for, addressed as follows for collection by Federal Express for overnight delivery at Federal Express Corporation, 2601 Main Street, Suite 340, Irvine, California 92614, in accordance with Federal Express Corporation's ordinary business practices.

**Edward L. Niland, Esq.**
**NILAND & NILAND**
**233 Oak Meadow Drive**
**Los Gatos, CA 95032**
**Telephone (408) 395-3100**
**Facsimile (408) 395-3120**

**Attorneys for Plaintiff**

☐ *(State)* I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ *(Federal)* I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 19, 2008, at Irvine, California.

/S/
_____
JULIA STUMPF