1  EDWARD L. NILAND, ESQ. - State Bar #66990
   **NILAND & NILAND**
2  233 Oak Meadow Drive
   Los Gatos, California 95032
3  Telephone:(408) 395-3100
   Fax No. (408) 395-3120
4
   Attorneys for Plaintiff
5  HECTOR BARRERA

6

7

8                 **UNITED STATES DISTRICT COURT**

9            **NORTHERN DISTRICT OF CALIFORNIA**

10                    **(SAN JOSE DIVISION)**

11

12  HECTOR BARRERA,                    **Case No. CV 08-02668 RS**

13            Plaintiff,               **DEMAND FOR JURY TRIAL**

14      v.

15  FEDERAL EXPRESS
    CORPORATION; ANGELA SUAZO,
16  ET AL.,

17            Defendants.

18  _____/

19      Plaintiff, HECTOR BARRERA, hereby Demands a Trial by Jury pursuant to

20  Federal Rule of Civil Procedure 38(b) and, based upon the assertion of a pendent

21  state law, contractual claims against Federal Express Corporation and Does 1 - 20.

22

23  Date: June __27__, 2008          NILAND & NILAND

24

25                                   _____
                                     EDWARD L. NILAND
26                                   Attorney for Plaintiff

27

28                                        -1-

DEMAND FOR JURY TRIAL