1   EDWARD L. NILAND, ESQ. - State Bar #66990
    **NILAND & NILAND**
2   233 Oak Meadow Drive
    Los Gatos, California 95032
3   Telephone:(408) 395-3100
    Fax No. (408) 395-3120
4
    Attorneys for Plaintiff
5

6

7

8               **UNITED STATES DISTRICT COURT**

9      **NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DISTRICT**

10

11  HECTOR BARRERA,                    **No. C08-02668 JF**

12              Plaintiff,             **[PROPOSED] ORDER**

13      v.                             Date:   September 12, 2008
                                       Time:  9:00 a.m.
14  FEDERAL EXPRESS                    Courtroom 3
    CORPORATION; ANGELA SUAZO,
15  ET AL.,                            Complaint Filed: April 14, 2008

16              Defendants.

17

18

19

20  _____/

21

22

23

24

25      Defendant's Motion to Dismiss Angela Suazo as individual Defendant is

26  hereby denied.

27      Plaintiff is allowed leave to amend his complaint to allege harassment and libel

28                                     -1-

    [PROPOSED] ORDER DENYING DISMISSAL OF DEFENDANT ANGELA SUAZO AND GRANTING PLAINTIFF
    LEAVE TO AMEND COMPLAINT

1  by Angela Suazo individually and Federal Express Corporation by Respondeat

2  Superior.

3      IT IS SO ORDERED THIS _____ day of _____, 2008.

4

5                                    _____

6                                    Jeremy Fogel
                                     United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                   -2-

1 **PROOF OF SERVICE**

2 **U. S. DISTRICT COURT OF NORTHERN CALIFORNIA**
**BARRERA VS. FEDERAL EXPRESS CORPORATION; ANGELA SUAZO**
3 **Case No.:    C08-02668 RS**

4 I am a resident of the State of California, over the age of eighteen years, and not a
party to the within action. My business address is 233 Oak Meadow Drive, Los
5 Gatos, California 95032.

6 On August 21, 2008, I served the foregoing document, described as set forth below,
on the interested parties in this action by placing a true copy thereof enclosed in a
7 parcel at San Jose, California, and addressed as indicated below:

8 **Documents Served:**        **[Proposed] Order Denying Dismissal of Defendant**
                        **Angela Suazo and Granting Plaintiff Leave to Amend**
9                        **Complaint**
**Parties Served:**
10

11 **Christopher James Yost**        **ATTORNEY FOR DEFENDANT**
**Federal Express Corporation**    **FEDERAL EXPRESS CORPORATION;**
**Litigation -Legal Department**   **ANGELA SUAZO**
12 **2601 Main Street, Ste 340**
**Irvine, CA  92614**
13 **(949) 862-4558**
**(949) 862-4605 Fax**
14

**David S. Wilson, III**        **ATTORNEY FOR DEFENDANT**
15 **Federal Express Corporation**    **FEDERAL EXPRESS CORPORATION;**
**Litigation - Legal Department**  **ANGELA SUAZO**
16 **2601 Main Street, Ste 340**
**Irvine, CA 92614**
17 **(949) 862-4656**
**(949) 862-4605 Fax**
18

19  X____    **(By Regular Mail)** I am "readily familiar" with the firm's practice for
collection and processing of correspondence for mailing. Under that practice
20 it would be deposited with the United States Postal Service on that same day
with postage thereon fully prepaid at San Jose, California, in the ordinary
21 course of business. I am aware that on motion of the party served, service is
presumed invalid if postal cancellation date or postage meter date is more
than one day after deposit for mailing affidavit.
22

 X____    **(Federal)** I declare that I am employed in the office of a member of the Bar of
23 this Court, at whose direction the service was made.

24     I declare under penalty of perjury under the laws of the State of California that
the foregoing is true and correct and that this declaration was executed on August 21,
25 2008 at Los Gatos, California.

26                        _____
                        Lynne Crowell
27

28                        -3-

_____
[PROPOSED] ORDER DENYING DISMISSAL OF DEFENDANT ANGELA SUAZO AND GRANTING PLAINTIFF
LEAVE TO AMEND COMPLAINT