1  David S. Wilson, III (Bar No. 174185)
2  **FEDERAL EXPRESS CORPORATION**
   2601 Main Street, Suite 340
3  Irvine, CA 92614
   TEL: (949) 862-4656
4  FAX: (949) 862-4605
5  **dswilson@fedex.com**

7  **Attorneys for Defendants**
   **FEDERAL EXPRESS CORPORATION**
8  **and ANGELA SUAZO**

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HECTOR BARRERA,<br><br>        Plaintiff,<br><br>v.<br><br>FEDERAL EXPRESS CORPORATION; ANGELA SUAZO, and Does 1-20,<br><br>        Defendants. | CASE NO.   C08-02668 JF<br><br>Assigned to Hon. Jeremy Fogel<br><br>**DECLARATION OF DAVID S. WILSON, III, IN SUPPORT OF MOTION TO DISMISS DEFENDANT SUAZO UNDER RULE 12(b)(6) FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED**<br><br>Date: September 12, 2008<br>Time: 9:00 a.m.<br>Courtroom: 3<br><br>Complaint Filed: April 14, 2008 |

I, DAVID S. WILSON, III, declare:

1. I am one of the attorneys of record for Defendants Federal Express Corporation (hereafter referred to as "FedEx") and Angela Suazo, and am admitted to practice in the State of California. I was hired by FedEx as a senior attorney on May 27, 2003, and became a senior counsel in April 2006, a position I still hold today. I am over the age of 21 and am qualified to make this declaration. I have never been convicted of a felony or subjected to disciplinary action before any state bar. I have personal knowledge of the facts contained herein.

2. Attached hereto as Exhibit A is a true and correct copy of the DFEH Charge Plaintiff filed in connection with the above-styled lawsuit.

3. Attached hereto as Exhibit B is a true and correct copy of Plaintiff's termination letter, mailed on August 4, 2006, which categorizes her actions as "falsification."

I hereby declare under penalty of perjury that the foregoing statements are true and correct.

Executed this 29th day of August, 2008, at Irvine, California.

/S/ David S. Wilson

DAVID S. WILSON, III

745615

DECLARATION OF DAVID S. WILSON, III, ISO MOTION TO DISMISS

**PROOF OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Federal Express Corporation, 2601 Main Street, Suite 340, Irvine, California 92614.

On August 29, 2008, I served the within document(s):

**DECLARATION OF DAVID S. WILSON, III, IN SUPPORT OF MOTION TO DISMISS DEFENDANT SUAZO UNDER RULE 12(b)(6) FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States Mail at Irvine, California addressed as set forth below.

☐ by arranging with O.C. Corporate Courier, Inc. Attorney Service to personally deliver the document(s) listed above to the person(s) at the address(es) set forth below.

☒ by placing the document(s) listed above in a sealed envelope with delivery fees provided for, addressed as follows for collection by Federal Express for overnight delivery at Federal Express Corporation, 2601 Main Street, Suite 340, Irvine, California 92614, in accordance with Federal Express Corporation's ordinary business practices.

**Edward L. Niland, Esq.**
**NILAND & NILAND**
**233 Oak Meadow Drive**
**Los Gatos, CA 95032**
**Telephone (408) 395-3100**
**Facsimile (408) 395-3120**

**Attorneys for Plaintiff**

☐ *(State)* I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ *(Federal)* I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 29, 2008, at Irvine, California.

/S/
JULIA STUMPF

DECLARATION OF DAVID S. WILSON, III, ISO MOTION TO DISMISS

EXHIBIT "A"

## * * * EMPLOYMENT * * *

| | |
|---|---|
| COMPLAINT OF DISCRIMINATION UNDER THE PROVISIONS OF THE CALIFORNIA FAIR EMPLOYMENT AND HOUSING ACT | DFEH # E-200708-G-0095-00-rsc<br>DFEH USE ONLY |

### CALIFORNIA DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

YOUR NAME (indicate Mr. or Ms.)
MR. HECTOR BARRERA

TELEPHONE NUMBER (INCLUDE AREA CODE)
408-410-6621

ADDRESS
1780 BRADDOCK COURT   SAN JOSE   CA   95125         SANTA CLARA
CITY/STATE/ZIP                                        COUNTY       COUNTY CODE

NAMED IS THE EMPLOYER, PERSON, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, OR STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME:

NAME
FEDERAL EXPRESS CORPORATION

TELEPHONE NUMBER (Include Area Code)
800-463-3339

ADDRESS
335 BROKAW ROAD, SANTA CLARA, CA  95050     SANTA CLARA COUNTY         | DFEH USE ONLY
CITY/STATE/ZIP                                          COUNTY          | COUNTY CODE

NO. OF EMPLOYEES/MEMBERS (if known)   DATE MOST RECENT OR CONTINUING DISCRIMINATION   | RESPONDENT CODE
120                                   TOOK PLACE (month, day, and year) AUGUST 4, 2006 |

THE PARTICULARS ARE:

On __AUGUST 4, 2006__ I was
- [X] fired
- [ ] laid off
- [ ] demoted
- [ ] harassed
- [ ] genetic characteristics testing
- [ ] forced to quit
- [ ] denied employment
- [ ] denied promotion
- [ ] denied transfer
- [ ] denied accommodation
- [ ] impermissible non-job-related inquiry
- [ ] other (specify)
- [ ] denied family or medical leave
- [ ] denied pregnancy leave
- [ ] denied equal pay
- [ ] denied right to wear pants
- [ ] denied pregnancy accommodation

by __ANGELA SUAZO, SENIOR MANAGER__
    Name of Person                    Job Title (supervisor/manager/personnel director/etc.)

because of my:
- [X] sex
- [ ] age
- [ ] religion
- [ ] race/color
- [ ] national origin/ancestry
- [ ] marital status
- [ ] sexual orientation
- [ ] association
- [ ] physical disability
- [ ] mental disability
- [ ] other (specify)
- [ ] cancer
- [ ] genetic characteristic
- [X] (Circle one) filing; (Protesting) participating in investigation (retaliation for)

the reason given by __KATHY DOYLE, MANAGER, SPEAKING FOR ANGELA SUAZO, SENIOR MANAGER__
                    Name of Person and Job Title

Was because of [please state what you believe to be reason(s)]

I OVERRODE THE SYSTEM TO DELIVER TWO PACKAGES WITHOUT SIGNATURE. THE REAL REASON WAS BECAUSE I SPOKE OUT AGAINST UNFAIR LABOR PRACTICES AND WAS VOCAL IN MY SUPPORT OF A CLASS ACTION AGAINST FEDERAL EXPRESS TO REDRESS GRIEVANCES. ANGELA SUAZO ALSO SHOWED PREFERENTIAL TREATMENT TOWARDS WOMEN.

I wish to pursue this matter in court. I hereby request that the Department of Fair Employment and Housing provide a right-to-sue notice. I understand that if I want a federal notice of right-to-sue, I must visit the U.S. Equal Employment Opportunity Commission (EEOC) to file a complaint within 30 days of receipt of the DFEH "Notice of Case Closure," or within 300 days of the alleged discriminatory act, whichever is earlier.

I have not been coerced into making this request, nor do I make it based on fear of retaliation if I do not do so. I understand it is the Department of Fair Employment and Housing's policy to not process or reopen a complaint once the complaint has been closed on the basis of "Complainant Elected Court Action."

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own knowledge except as to matters stated on my information and belief, and as to those matters I believe it to be true.

Dated __7-25-07__                                      __Hector Barrera__
                                                        COMPLAINANT'S SIGNATURE

At _____
        City

JUL 2 5 2007
DATE FILED:

DFEH-300-03 (01/05)
DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING                               STATE OF CALIFORNIA

EXHIBIT "B"

SJCA Station  
335 Brokaw Road  
Santa Clara, Ca 95050

Telephone 408.919.8200  
Fax 408.919.2095



DATE: August 4, 2006

FROM: Kathy Doyle

RE: Termination – Falsification

TO: Hector Barrera, #126766

cc: Angela Suazo  
Louie Butler III  
Stephen Seymour  
HRIS

As a result of a thorough investigation into the alleged act of misconduct, which was brought to my attention on July 31, 2006, it is necessary to terminate your employment with FedEx effective today for violation of the Acceptable Conduct Policy (P2-5). On July 12, 2006, you performed a manual tracker override releasing two packages. One was ISR (Indirect Signature Required) and the other was ASR (Adult Signature Required). Your records indicate that on July 18, 2005 you took the Quest test CDELSIG (Delivery Signature Option) and passed with a satisfactory. This test explained proper procedure and advised you of the consequences, specifically termination of employment for any form of falsification including Delivery Record falsification.

Should you in good faith believe this action to be unfair, you have the right to proceed to Step 1 of the Guaranteed Fair Treatment Process by submitting the attached bubble form within five (5) calendar days of receipt of this notice. Send the original document, including the bubble page and any additional documents, in a large envelope (form should not be folded)

TO: FedEx Express Corporation  
PICC/GFTP  
3975 Airways, 2nd Floor, Module E  
Memphis, TN 38116

The information on these documents will be scanned into the GFTP system and electronic notifications will be sent to appropriate levels of management and Human Resources. You will be notified regarding the meeting to address your concerns. Please feel free to discuss this with your Human Resources Representative, Louie Butler, who can be reached at (650) 578 - 5121.

Sincerely,

*Kathy Doyle*  
Kathy Doyle  
SJCA Operations Manager

Signing this document does not indicate that you agree with its contents. It merely indicates that the contents have been discussed with you and that you have received a copy of the document.

*Hector Barrera Jr.*      8-4-06  
Employee Signature          Date

_____   _____  
Witness Signature              Date

ENCLOSED:　Acceptable Conduct P2-5 and Guaranteed Fair Treatment Policy P5-5