| | |
|---|---|
| 1 | David S. Wilson, III (Bar No. 174185) |
| 2 | **FEDERAL EXPRESS CORPORATION** |
|   | 2601 Main Street, Suite 340 |
| 3 | Irvine, CA 92614 |
|   | TEL: (949) 862-4656 |
| 4 | FAX: (949) 862-4605 |
| 5 | **dswilson@fedex.com** |
| 6 | |
| 7 | **Attorneys for Defendants** |
|   | **FEDERAL EXPRESS CORPORATION** |
| 8 | **and ANGELA SUAZO** |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| HECTOR BARRERA, | CASE NO.   C08-02668 JF |
|---|---|
| Plaintiff, | Assigned to Hon. Jeremy Fogel |
| v. | |
| FEDERAL EXPRESS CORPORATION; ANGELA SUAZO, and Does 1-20, | **NOTICE OF ERRATA** |
| Defendants. | Complaint Filed: April 14, 2008 |

1  Defendant Federal Express Corporation files this notice of errata that
2  Document #21, entitled Stipulation and [Proposed] Order Selecting ADR Process,
3  filed on August 29, 2008, was filed in error, to be superseded by Document #22,
4  entitled Stipulation and [Proposed] Order Selecting ADR Process, filed on August
5  29, 2008. Document 22 contains the following corrections to the Stipulation and
6  [Proposed] Order:

   1. Stipulation: The parties agree to hold the ADR session by: March 1, 2009;
      and
   2. [Proposed] Order: The deadline for ADR session is March 1, 2009.

DATED:  September 2, 2008        By: _____/S/_____
                                    DAVID S. WILSON, III, ESQ.
                                    **FEDERAL EXPRESS CORPORATION**
                                    Attorneys for Defendants

745704

**PROOF OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Federal Express Corporation, 2601 Main Street, Suite 340, Irvine, California 92614.

On September 2, 2008, I served the within document(s):

**NOTICE OF ERRATA**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States Mail at Irvine, California addressed as set forth below.

☐ by arranging with O.C. Corporate Courier, Inc. Attorney Service to personally deliver the document(s) listed above to the person(s) at the address(es) set forth below.

☒ by placing the document(s) listed above in a sealed envelope with delivery fees provided for, addressed as follows for collection by Federal Express for overnight delivery at Federal Express Corporation, 2601 Main Street, Suite 340, Irvine, California 92614, in accordance with Federal Express Corporation's ordinary business practices.

**Edward L. Niland, Esq.**
**NILAND & NILAND**
**233 Oak Meadow Drive**
**Los Gatos, CA 95032**
**Telephone (408) 395-3100**
**Facsimile (408) 395-3120**

**Attorneys for Plaintiff**

☐ *(State)* I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ *(Federal)* I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on September 2, 2008, at Irvine, California.

/S/
JULIA STUMPF