**E-Filed 8/27/2009**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| HECTOR BARRERA, | Case Number C 08-2668 JF (RS) |
| Plaintiff, | ORDER OF DISMISSAL |
| v. | |
| FEDERAL EXPRESS CORPORATION, | |
| Defendant. | |

The Court has been advised that the parties have agreed to a settlement of this case.

IT IS HEREBY ORDERED that the case be dismissed with prejudice.  However, if any party notifies the Court within ninety days of the date of this order that the agreed consideration for said settlement has not been delivered, this order will be vacated and the case will be restored to the calendar to be set for trial.

All hearings and/or trial dates set in this matter are VACATED.

Dated:  August 27, 2009

_____
JEREMY FOGEL
United States District Judge

Case No. C 08-2668 JF (RS)
ORDER OF DISMISSAL
(JFLC2)

1    Copies of Order served on:

2

3    Christopher James Yost      cjyost@fedex.com, jastumpf@fedex.com, rkaven@fedex.com

4    David Sidney Wilson , III      dswilson@fedex.com, art.mendoza@fedex.com,
     jastumpf@fedex.com
5

6    Edward Leo Niland      nilandlaw@gmail.com

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. C 08-2668 JF (RS)
ORDER OF DISMISSAL
(JFLC2)